UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOEL RICH and MARY RICH,                        :    Civil Action No.: 1:18-cv-02223
                                                :
                Plaintiffs,                       :
                                                :
v.                                              :
                                                :
FOX NEWS NETWORK, LLC, MALIA                    :
ZIMMERMAN in her individual and professional    :
capacities, and ED BUTOWSKY, in his individual  :
and professional capacities,                    :
                                                :
                Defendants.                       :
------------------------------------------------------------- X

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Arun Subramanian of Susman Godfrey, L.L.P. hereby appears on behalf of Plaintiffs Joel Rich and Mary Rich in the above-captioned matter. I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Joel Rich and Mary Rich.

Dated:  March 14, 2018
       New York, New York

                                                SUSMAN GODFREY L.L.P.

                                                *s/ Arun Subramanian*
                                                Arun Subramanian (AS2096)
                                                1301 Avenue of the Americas,
                                                32nd Fl.
                                                New York, NY 10019
                                                Telephone:  (212) 336-8330
                                                Fax: (212) 336-8340
                                                Email:  asubramanian@susmangodfrey.com

## **CERTIFICATE OF SERVICE**

I hereby certify this 14th day of March, 2018 that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

*/s/ Arun Subramanian*
Arun Subramanian