UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JOEL RICH and MARY RICH,                        :   Civil Action No.: 1:18-cv-02223
                                                :
                    Plaintiffs,                 :
                                                :
v.                                              :
                                                :
FOX NEWS NETWORK, LLC, MALIA                    :
ZIMMERMAN in her individual and professional    :
capacities, and ED BUTOWSKY, in his individual  :
and professional capacities,                    :
                                                :
                    Defendants.                 :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Elisha Barron of Susman Godfrey, L.L.P. hereby appears on behalf of Plaintiffs Joel Rich and Mary Rich in the above-captioned matter. I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Joel Rich and Mary Rich.

Dated:  March 14, 2018
        New York, New York

                                        SUSMAN GODFREY L.L.P.

                                        *s/ Elisha Barron*
                                        Elisha Barron (EB6860)
                                        1301 Avenue of the Americas,
                                        32nd Fl.
                                        New York, NY 10019
                                        Telephone: (212) 336-8330
                                        Fax: (212) 336-8340
                                        Email: ebarron@susmangodfrey.com

5667304v1/015730

## CERTIFICATE OF SERVICE

I hereby certify this 14th day of March, 2018 that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

*s/ Elisha Barron*
Elisha Barron
