UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOEL RICH and MARY RICH,                                      :   Civil Action No.: 1:18-cv-02223
                                                              :
                   Plaintiffs,                                :
                                                              :
v.                                                            :
                                                              :
FOX NEWS NETWORK, LLC, MALIA                                  :
ZIMMERMAN in her individual and professional                  :
capacities, and ED BUTOWSKY, in his individual                :
and professional capacities,                                  :
                                                              :
                   Defendants.                                :
------------------------------------------------------------- X

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Y. Gloria Park of Susman Godfrey L.L.P. hereby appears on behalf of Plaintiffs Joel Rich and Mary Rich in the above-captioned matter. I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Joel Rich and Mary Rich.

Dated:  New York, New York
        March 14, 2018

                                              SUSMAN GODFREY L.L.P.

                                              *s/ Y. Gloria Park*
                                              Y. Gloria Park (GP0913)
                                              1301 Avenue of the Americas 32nd Floor
                                              New York, NY 10019
                                              Telephone:  (212) 336-8330
                                              Fax: (212) 336-8340
                                              Email:  gpark@susmangodfrey.com

## CERTIFICATE OF SERVICE

I hereby certify this 14th day of March, 2018 that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

> *s/ Y. Gloria Park*
> Y. Gloria Park