UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
JOEL RICH and MARY RICH,

     Plaintiffs,

v.

FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities,

     Defendants.

----------------------------------------------------------------X

Civil Action No.: 1:18-cv-02223-GBD

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Suyash Agrawal of Massey & Gail LLP hereby appears on behalf of Plaintiffs Joel Rich and Mary Rich in the above-captioned matter. I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Joel Rich and Mary Rich.

Dated: March 15, 2018

          MASSEY & GAIL LLP

          *s/ Suyash Agrawal*
          Suyash Agrawal (SA2189)
          50 East Washington Street, Suite 400
          Chicago, IL 60602
          Telephone: (312) 283-1590
          Fax: (312) 379-0467
          Email: sagrawal@masseygail.com

## **CERTIFICATE OF SERVICE**

I hereby certify this 15th day of March, 2018 that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

*/s/ Suyash Agrawal*
Suyash Agrawal