UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
JOEL RICH and MARY RICH,                                       :   Civil Action No.: 1:18-cv-02223-GBD
                                                               :
                      Plaintiffs,                              :
                                                               :
v.                                                             :
                                                               :
FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN                         :
in her individual and professional capacities, and ED          :
BUTOWSKY, in his individual and professional                   :
capacities,                                                    :
                                                               :
                      Defendants.                              :
-------------------------------------------------------------- X
```

## MOTION FOR ADMISSION PRO HAC VICE OF LEONARD A. GAIL

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Leonard A. Gail hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs, Joel Rich and Mary Rich, in the above-captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a certificate of good standing as Exhibit A and a Declaration in support of my motion for admission *pro hac vice* as Exhibit B.

Dated: March 16, 2018                    Respectfully Submitted

                                         *s/ Leonard A. Gail*
                                         Leonard A. Gail
                                         Massey & Gail LLP
                                         50 East Washington Street, Suite 400
                                         Chicago, IL 60602
                                         Telephone: (312) 283-1590
                                         Fax: (312) 379-0467
                                         Email: lgail@masseygail.com

## **CERTIFICATE OF SERVICE**

I hereby certify this 16th day of March, 2018 that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

*/s/ Leonard A. Gail*
Leonard A. Gail

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Leonard A. Gail

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 01/03/1989 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 15th day of March, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOEL RICH and MARY RICH, | : | Civil Action No.: 1:18-cv-02223-GBD |
| Plaintiffs, | : | |
| v. | : | |
| FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities, | : | |
| Defendants. | : | |

**DECLARATION IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE* OF LEONARD A. GAIL**

In support of my motion for admission pro hac vice, I hereby declare that I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated:  March 16, 2018

Respectfully Submitted

*s/ Leonard A. Gail*
Leonard A. Gail
Massey & Gail LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Telephone:  (312) 283-1590
Fax: (312) 379-0467
Email:  lgail@masseygail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOEL RICH and MARY RICH,              :   Civil Action No.: 1:18-cv-02223-GBD
                                      :
          Plaintiffs,           :
                                      :
v.                                    :
                                      :
FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN :
in her individual and professional capacities, and ED :
BUTOWSKY, in his individual and professional :
capacities,                           :
                                      :
          Defendants.           :
------------------------------------------------------------- X

## **ORDER FOR ADMISSION PRO HAC VICE**

The motion of Leonard A. Gail, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

>Leonard A. Gail
>Massey & Gail LLP
>50 East Washington Street, Suite 400
>Chicago, IL 60602
>Telephone: (312) 283-1590 / Facsimile: (312) 379-0467
>lgail@masseygail.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Joel Rich and Mary Rich in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2018                                          _____

                                                                                    United States District/Magistrate Judge