UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOEL RICH and MARY RICH,                     :     Civil Action No.: 1:18-cv-02223-GBD
                                             :
                 Plaintiffs,                 :
                                             :
v.                                           :
                                             :
FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN       :
in her individual and professional capacities, and ED :
BUTOWSKY, in his individual and professional :
capacities,                                  :
                                             :
                 Defendants.                 :
------------------------------------------------------------- X

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Leonard A. Gail, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

>   Leonard A. Gail
>   Massey & Gail LLP
>   50 East Washington Street, Suite 400
>   Chicago, IL 60602
>   Telephone: (312) 283-1590 / Facsimile: (312) 379-0467
>   lgail@masseygail.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Joel Rich and Mary Rich in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2018

*George B. Daniels*
United States District/Magistrate Judge

MAR 20 2018