UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>　　　　　Defendants. | Civil Action No. 18-cv-02223 (GBD)<br><br>**NOTICE OF APPEARANCE** |

Dane H. Butswinkas of the law firm Williams & Connolly LLP hereby enters his appearance as counsel for Defendant Fox News Network, LLC.

Dated: March 31, 2018

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*S/ Dane H. Butswinkas*
　　　　　　　　　　　　　　　　　　　　　　Dane H. Butswinkas (SDNY Bar Code DB2538)

　　　　　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP
　　　　　　　　　　　　　　　　　　　　　　725 Twelfth Street NW
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005

　　　　　　　　　　　　　　　　　　　　　　650 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 1500
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 434-5000
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 434-5029
　　　　　　　　　　　　　　　　　　　　　　dbutswinkas@wc.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Fox News Network, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*S/ Dane H. Butswinkas*
Dane H. Butswinkas