UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>    Plaintiffs,<br><br>    v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>    Defendants. | Civil Action No. 18-cv-02223 (GBD)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joseph M. Terry, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendant Fox News Network LLC in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state of federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Date:  April 5, 2018

Respectfully submitted,

    /s/ Joseph M. Terry
Joseph M. Terry
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, D.C. 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019
Tel: (202) 434-5000

Fax: (202) 434-5029
jterry@wc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>　　　　　Defendants. | Civil Action No. 18-cv-02223 (GBD) |

### AFFIDAVIT OF JOSEPH M. TERRY
### IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Joseph M. Terry, being first duly cautioned, swear or affirm as follows:

1. I am a partner at Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. I was admitted to practice law in the District of Columbia on July 9, 2001 (Bar No. 473095). I am a member in good standing of the District of Columbia Bar.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

_____
Joseph M. Terry

Sworn to before me and subscribed in my presence
On April 5, 2018

DEBORA K. PLACK
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2020



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Joseph Marshall Terry Jr.

was duly qualified and admitted on **July 9, 2001** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on April 4, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>  Plaintiffs,<br><br>  v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>  Defendants. | Civil Action No. 18-cv-02223 (GBD) |

The motion of Joseph M. Terry for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and that his contact information is as follows:

Joseph M. Terry
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jterry@wc.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Fox News Network LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                              _____
                                                                              HONORABLE GEORGE B. DANIELS
                                                                              UNITED STATES DISTRICT JUDGE