UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

Joel Rich and Mary Rich

                 Plaintiff,

Case No. 18-cv-02223 (GBD)

-against-

Fox News Network, LLC, Malia Zimmerman, and Ed Butowsky    Defendant.

-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                 **Joseph M. Terry**
               FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Williams & Connolly LLP
                FIRM ADDRESS: 1330 Ave of the Americas, Suite 23A NY 10019
                FIRM TELEPHONE NUMBER: (202) 434-5320
                FIRM FAX NUMBER: (202) 434-5029

NEW FIRM:   FIRM NAME: Williams & Connolly LLP
                FIRM ADDRESS: 650 5th Ave., Suite 1500 New York, NY 10019
                FIRM TELEPHONE NUMBER: (202) 434-5320
                FIRM FAX NUMBER: (202) 434-5029

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 04/06/2018

                                            ATTORNEY'S SIGNATURE