# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH, | |
| Plaintiffs, | |
| v. | Civil Action No. 18-cv-02223 (GBD) |
| FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY, | |
| Defendants. | |

APR 0 6 2018

The motion of Joseph M. Terry for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and that his contact information is as follows:

Joseph M. Terry
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jterry@wc.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Fox News Network LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **APR 0 6 2018**

*George B. Daniels*
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE