UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>Defendants. | Civil Action No. 18-cv-02223 (GBD)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Katherine A. Petti, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendant Fox News Network LLC in the above-captioned action.

I am a member in good standing of the bars of Georgia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state of federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date:  April 16, 2018                              Respectfully submitted,

                                                              /s/ Katherine A. Petti
                                                            Katherine A. Petti
                                                            WILLIAMS & CONNOLLY LLP
                                                            725 Twelfth Street NW
                                                            Washington, D.C. 20005

                                                            650 Fifth Avenue
                                                            Suite 1500
                                                            New York, NY 10019
                                                           Tel: (202) 434-5000

Fax: (202) 434-5029
kpetti@wc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEL RICH AND MARY RICH,

    Plaintiffs,

v.

FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,

    Defendants.

Civil Action No. 18-cv-02223 (GBD)

---

### AFFIDAVIT OF KATHERINE A. PETTI
### IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Katherine A. Petti, being first duly cautioned, swear or affirm as follows:

1. I am an associate at Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. I was admitted to practice law in Georgia on November 5, 2014 (Bar No. 530791) and was admitted to the Supreme Court of Georgia on April 10, 2015. I am a member in good standing of the Georgia Bar.

4. I was admitted to practice law in the District of Columbia on July 10, 2015 (Bar No. 1026532). I am a member in good standing of the District of Columbia Bar.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently against me.

_Katherine A. Petti_ (signature)

Katherine A. Petti

Sworn to before me and subscribed in my presence
On April 16, 2018

_Denise L. Zdelar_ (signature)
Notary Public

Denise L. Zdelar
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2022



P. HARRIS HINES, CHIEF JUSTICE
HAROLD D. MELTON, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
DAVID E. NAHMIAS
KEITH R. BLACKWELL
MICHAEL P. BOGGS
NELS S.D. PETERSON
BRITT C. GRANT
JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING
Atlanta 30334

THÉRÈSE S. BARNES, CLERK/COURT EXECUTIVE
JEAN RUSKELL, REPORTER

April 2, 2018

I hereby certify that Katherine Anne Petti, Esq., was admitted on the 10th day of April, 2015, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_____, Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Katherine Anne Petti*

was duly qualified and admitted on **July 10, 2015** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 2, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *Emily E. Jaco*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>Defendants. | Civil Action No. 18-cv-02223 (GBD) |

The motion of Katherine A. Petti for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of Georgia and the District of Columbia, and that her contact information is as follows:

Katherine A. Petti
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
kpetti@wc.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Fox News Network LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE