David B. Harrison
Spiro Harrison
830 Morris Turnpike
2nd Floor
Short Hills, NJ 07078
Tel: (973) 232-0881 x106
*Attorney for Defendant Ed Butowsky*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOEL RICH and MARY RICH<br><br>    Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities,<br><br>    Defendants. | Civil Action No. 18-cv-02223<br><br>**NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that David B. Harrison, Esq. of the law firm of Spiro Harrison hereby enters his appearance as counsel of record for Defendant Ed Butowsky.

                                **SPIRO HARRISON**

   By:   s/David B. Harrison
         830 Morris Turnpike
         2nd Floor
         Short Hills, NJ 07078
         (973) 232-0881 x106
         dharrison@spiroharrison.com

   *Attorney for ED BUTOWSKY*