UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JOEL RICH and MARY RICH,              :
              Plaintiffs,       :    INDEX NO. 18-cv-2223(GBD)
    -against-                        :
                                          **NOTICE OF MOTION FOR**
FOX NEWS NETWORK, LLC, MALIA         :    **ADMISSION *PRO HAC VICE***
ZIMMERMAN in her individual and
professional capacities, and ED BUTOWSKY, :
in his individual and professional capacities,
              Defendants.      :
------------------------------------- X

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David H. Stern hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Malia Zimmerman in the above-captioned action.

    I am a member in good standing of the bars of the state of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 17, 2018                  Respectfully Submitted,

                                                   By:   /s/ David H. Stern
                                                             David H. Stern
                                                              Dechert LLP
                                                              US Bank Tower
                                                              633 West 5th Street, Suite 4900
                                                              Los Angeles, CA 90071-2013
                                                               Tel.: (213) 808-5700
                                                               Fax: (213) 808-5760
                                                               Email: david.stern@dechert.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

JOEL RICH and MARY RICH,

        Plaintiffs,

    -against-

FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities,

        Defendants.

------------------------------------- X

INDEX NO. 18-cv-2223

**AFFIDAVIT OF DAVID H. STERN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, David H. Stern, being duly sworn, hereby depose and state as follows:

1. I am a partner at the law firm of Dechert LLP based in the firm's Los Angeles office. My principal area of practice is ligation.

2. I am a member of the Bar of the State of California and the Bar of District of Columbia and have been a member in good standing at all times since my admission. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2018

                                                David H. Stern



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DAVID HUGH STERN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DAVID HUGH STERN, #196408, was on the 20th day of August 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 16th day of April 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, *Senior Deputy Clerk*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*David H. Stern*

was duly qualified and admitted on **February 6, 1995** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on April 17, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
JOEL RICH and MARY RICH,                 :

       Plaintiffs,                    :

  -against-                              :  INDEX NO.  18-cv-2223 (GBD)

FOX NEWS NETWORK, LLC, MALIA            :  **ORDER FOR ADMISSION OF**
ZIMMERMAN in her individual and
professional capacities, and ED BUTOWSKY, :  **DAVID H. STERN <em>PRO HAC VICE</em>**
in his individual and professional capacities,

       Defendants.                    :

                                                                  :
---------------------------------------- X

    The motion of David H. Stern, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | David H. Stern |
| Firm Name: | Dechert LLP |
| Address: | US Bank Tower, 633 West 5th Street, Suite 4900, Los Angeles, CA 90071-2013 |
| Telephone / Fax: | (213) 808 5700 | (213) 808 5760 |
| Email: | david.stern@dechert.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Malia Zimmerman in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Honorable George B. Daniels
United States District Judge