UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

JOEL RICH and MARY RICH,

        Plaintiffs,

    -against-

FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities,

        Defendants.

------------------------------------- X

INDEX NO. 18-cv-2223 (GBD)

**ORDER FOR ADMISSION OF**

**DAVID H. STERN *PRO HAC VICE***

APR 1 8 2018

    The motion of David H. Stern, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | David H. Stern |
| Firm Name: | Dechert LLP |
| Address: | US Bank Tower, 633 West 5th Street, Suite 4900, Los Angeles, CA 90071-2013 |
| Telephone / Fax: | (213) 808 5700 \| (213) 808 5760 |
| Email: | david.stern@dechert.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Malia Zimmerman in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____APR 1 8 2018_____       _George B. Daniel_____
                                               Honorable George B. Daniels
                                               United States District Judge