UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
JOEL RICH and MARY RICH,                 :

       Plaintiffs,                       :

   -against-                                :

FOX NEWS NETWORK, LLC, MALIA             :
ZIMMERMAN in her individual and
professional capacities, and ED BUTOWSKY, :
in his individual and professional capacities,

       Defendants.                       :

                                       :
---------------------------------------- X

INDEX NO. 18-cv-2223

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE** that Katherine M. Wyman, an associate at Dechert LLP admitted to practice in this Court, enters an appearance as counsel for Defendant Malia Zimmerman.

Dated: New York, New York
      April 18, 2018

Respectfully submitted,

By:   */s/ Katherine M. Wyman*
      Katherine M. Wyman

DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3583
Fax: (212) 698-3599
katherine.wyman@dechert.com

*Attorneys for Defendant Malia Zimmerman*