**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOEL AND MARY RICH,

              Plaintiffs,

v.

FOX NEWS NETWORK, LLC, MALIA
ZIMMERMAN, AND ED BUTOWSKY,

              Defendants.

Civil Action No. 1:17-cv-02223 (GBD)

**ORAL ARGUMENT REQUESTED**

**NOTICE OF DEFENDANTS FOX NEWS NETWORK, LLC, AND MALIA
ZIMMERMAN'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the

Declaration of Joseph M. Terry, and the exhibits annexed thereto, Defendants Fox News

Network, LLC, and Malia Zimmerman, by and through the undersigned counsel, will move this

Court, before the Honorable George B. Daniels, United States District Judge, in Courtroom 11A

at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New

York, NY 10007, on such day and at such time designated by the Court, for an Order dismissing

the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to

state a claim upon which relief can be granted.

Respectfully submitted,

*s/   Kevin T. Baine*

Kevin T. Baine
Dane H. Butswinkas
Joseph M. Terry (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel: (202) 434-5000
Fax: (202) 434-5029
kbaine@wc.com
dbutswinkas@wc.com
jterry@wc.com

*Attorneys for Fox News Network, LLC*

*With Consent*,

David H. Stern (*pro hac vice*)
Katherine M. Wyman
Dechert LLP
350 South Grand Avenue
Los Angeles, California 90071

U.S. Bank Tower
633 West 5th Street, 26th Floor
Los Angeles, CA 90071

1095 Avenue of the Americas
New York, NY 10036
Tel: (213) 808-5700
Fax: (213) 808-5760
david.stern@dechert.com
katherine.wyman@dechert.com

*Attorneys for Malia Zimmerman*

DATED: May 7, 2018

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2018, I electronically filed the foregoing Notice of Motion to Dismiss for Failure to State a Claim with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

<u>*s/ Kevin T. Baine*</u>
Kevin T. Baine
