LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

KEVIN T. BAINE
(202) 434-5010
kbaine@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 7, 2018

<u>VIA ECF</u>

Hon. George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *Rich et al. v. Fox News Network, LLC et al.*, No. 18-cv-02223, Request for Oral
    Argument on Motion to Dismiss for Failure to State a Claim

Dear Judge Daniels:

  I write on behalf of defendant Fox News Network, LLC, and with the consent of defendant Malia Zimmerman pursuant to your Individual Rule of Practice IV.D.  Fox News and Ms. Zimmerman respectfully request oral argument on their motion to dismiss for failure to state a claim, filed today.

           Respectfully submitted,

           <u>s/ Kevin T. Baine</u>
           Kevin T. Baine
           *Counsel for Fox News Network, LLC*

           *With Consent,*

           DECHERT LLP
           David H. Stern (*pro hac vice*)
           Katherine M. Wyman
           *Counsel for Malia Zimmerman*

cc: Counsel of Record (via ECF)