UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOEL RICH and MARY RICH,

                Plaintiffs,

-against-

FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, *in her individual and professional capacities*, and ED BUTOWSKY, *in his individual and professional capacities*,

                Defendants.
------------------------------------x

ORDER

18 Civ. 2223 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for May 9, 2018 at 9:30 am is adjourned. Oral argument will be held on Defendant's motion to dismiss the complaint on June 20, 2018 at 10:30 am.

Dated: New York, New York
       May 8, 2018

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge