# Susman Godfrey l.l.p.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 1400 | Suite 3800 |
| 1000 Louisiana Street | 1900 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Arun Subramanian
Direct Dial (212) 471-8346

E-Mail ASUBRAMANIAN@susmangodfrey.com

May 10, 2018

**Via Hand Delivery and ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1310
New York, New York 10007-1312

Re:  *Rich v. Fox et al.*, 18-cv-2223-GBD – Proposed Schedule for Motions to Dismiss

Dear Judge Daniels:

The parties propose the following briefing schedule for Defendants' motions to dismiss subject to the Court's approval.

| **Deadline for Defendants to file Motions to Dismiss** | May 14, 2018 |
|---|---|
| **Opposition Briefs** | June 4, 2018 |
| **Reply Briefs** | June 18, 2018 |
| **Hearing** | June 20, 2018 (or at court's discretion to reschedule) |

The parties are available to discuss at the Court's convenience.

Respectfully,

*s/ Arun Subramanian*
Arun Subramanian

May 10, 2018
Page 2


Cc: Counsel of Record (via e-mail)