# SPIRO | HARRISON

David B. Harrison
Direct Dial: 973.232.4109
dharrison@spiroharrison.com

**VIA ECF**                                                     May 11, 2018

Hon. Frank P. Geraci, Jr.
Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

>           Re:     *United States ex rel.  Seebald v. Roswell Park Cancer Institute*
>                   Case No. 17-cv-00065

Dear Judge Geraci:

We represent Relator Cathleen Seebald in the above referenced matter and write to request a brief 30-day extension of the date to serve the Complaint on Defendant Roswell Park Cancer Institute.

As Plaintiff's counsel, we were provided notice of the order to unseal the case from the Office of the United States Attorney for the Western District of New York but were not aware until recently that the case had actually been unsealed by the Clerk of the Court.  We did not receive any notice via the Court's ECF system regarding the unsealing of the case.  Based on prior experience, we had expected some delay in the time the order was entered, and the case was actually unsealed.  While we do not know exactly when that date is, we believe that the time to serve under Rule 4(m) may have passed.

We are requesting a brief extension of time on behalf of Ms. Seebald to find new counsel to represent her in this matter.  We do not believe that the Defendant will be prejudiced in anyway by the brief extension.   The new deadline for service would be June 11, 2018.

Thank you for your courteous attention in this matter.  If the Court requires any additional information, please do not hesitate to call at 973-232-4109.

Very truly yours,

David Harrison

So Ordered on this ___ day of May, 2018

_____
Honorable Frank P. Geraci, Jr.
United States District Judge