# SPIRO│HARRISON

David B. Harrison
Direct Dial: 973.232.4109
dharrison@spiroharrison.com

May 11, 2018

**VIA ECF**
Hon. George B. Daniels
United States District Judge
United States District Court, Southern District of New York
500 Pearl St., Court Room 11A
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

    Re:    **Joel and Mary Rich v. Ed Butowsky *et al.*
             Docket No. 1:18-cv-02223**

Dear Judge Daniels

    This Firm represents Defendant Ed Butowsky ("Butowsky") in the above-captioned matter. This Firm inadvertently filed the wrong document on ECF in this matter, currently docket entry 42. I hearby request that Your Honor issue an Order directing that the unrelated document be removed from the docket.

    Thank you for your Honor's courteous attention to this matter. Please do not hesitate to contact me with any further questions.

                                      Sincerely yours,

                                      s/ David B. Harrison
                                      David B. Harrison

**MAY 1 4 2018**
So Ordered on this ___ day of May, 2018

_/s/ George B. Daniels_
Honorable George B. Daniels
United States District Judge

www.spiroharrison.com

NEW YORK        SHORT HILLS        RED BANK        SEATTLE