UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOEL RICH and MARY RICH,  :
　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiffs,　　:
　　　　　　　　　　　　　　　　:
　　　-against-　　　　　　　　　: 　　ORDER
　　　　　　　　　　　　　　　　:
FOX NEWS NETWORK, LLC, MALIA　　: 　　18 Civ. 2223 (GBD)
ZIMMERMAN, *in her individual and professional* :
*capacities*, and ED BUTOWSKY, *in his individual* :
*and professional capacities*,　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

　　　Discovery is stayed until oral argument on June 20, 2018.


Dated: New York, New York
　　　　May 15, 2018

　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE B. DANIELS
　　　　　　　　　　　　　　　　　　　　　United States District Judge