SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

SUITE 5100                                         SUITE 1400                                         SUITE 3800
1000 LOUISIANA STREET              1900 AVENUE OF THE STARS              1201 THIRD AVENUE
HOUSTON, TEXAS 77002-5096     LOS ANGELES, CALIFORNIA 90067-6029     SEATTLE, WASHINGTON 98101-3000
(713) 651-9366                              (310) 789-3100                              (206) 516-3880
_____                                         _____                                         _____

ARUN SUBRAMANIAN                                                           E-MAIL ASUBRAMANIAN@SUSMANGODFREY.COM
DIRECT DIAL (212) 471-8346

May 16, 2018

<u>Via Hand Delivery and ECF</u>

Hon. George B. Daniels
United State District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1310
New York, New York 10007-1312

   Re: *Rich v. Fox et al.*, 18-cv-2223-GBD

Dear Judge Daniels:

  On May 10, 2018, Plaintiffs submitted the attached letter seeking the Court's approval of the parties' proposed briefing schedule for the Defendants' motion to dismiss. *See* Dkt. 40. On May 14, 2018, Defendant Ed Butowsky filed his motion to dismiss, *see* Dkt. 47, to which Plaintiffs are prepared to respond on the schedule indicated in our May 10 letter. For these reasons, Plaintiffs respectfully request that the Court so order the attached proposed briefing schedule. We appreciate the Court's continued attention to this case.

Respectfully,

*/s/ Arun Subramanian*
Arun Subramanian

CC: Counsel of Record (via e-mail)

# SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3800 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

ARUN SUBRAMANIAN
DIRECT DIAL (212) 471-8346

E-MAIL ASUBRAMANIAN@SUSMANGODFREY.COM

May 10, 2018

**Via Hand Delivery and ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1310
New York, New York 10007-1312

Re: *Rich v. Fox et al.*, 18-cv-2223-GBD – Proposed Schedule for Motions to Dismiss

Dear Judge Daniels:

The parties propose the following briefing schedule for Defendants' motions to dismiss subject to the Court's approval.

| **Deadline for Defendants to file Motions to Dismiss** | May 14, 2018 |
|---|---|
| **Opposition Briefs** | June 4, 2018 |
| **Reply Briefs** | June 18, 2018 |
| **Hearing** | June 20, 2018 (or at court's discretion to reschedule) |

The parties are available to discuss at the Court's convenience.

Respectfully,

*s/ Arun Subramanian*
Arun Subramanian

May 10, 2018
Page 2


Cc: Counsel of Record (via e-mail)