UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH and MARY RICH<br><br>Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY in his individual and professional capacities,<br><br>Defendants. | Civil Action No. 1:18-cv-2223<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT OF PLAINTIFFS JOEL AND MARY RICH** |

**PLEASE TAKE NOTICE** that on June 20, 2018, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Ed Butowsky will move before the Honorable George B. Daniels, U.S. District Court, Southern District of New York, for an Order dismissing the Complaint of Plaintiffs Joel Rich and Mary Rich.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Defendant shall rely upon the Memorandum of Law submitted herewith. A proposed form of Order is also submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that Defendant respectfully requests oral argument on the instant motion.

By:   <u>*/s/David B. Harrison*</u>
      David B. Harrison

      **SPIRO HARRISON**
      David B. Harrison
      830 Morris Turnpike, 2nd floor
      Short Hills, NJ  07078
      (973) 232-0881
      dharrison@spiroharrison.com