SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
_____

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
_____

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
_____

ARUN SUBRAMANIAN
DIRECT DIAL (212) 471-8346

E-MAIL ASUBRAMANIAN@susmangodfrey.com

May 22, 2018

<u>Via Hand Delivery and ECF</u>

Hon. George B. Daniels
United State District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1310
New York, New York 10007-1312

      Re:    *Rich v. Fox et al.*, 18-cv-2223-GBD – Letter Seeking Leave to File One 40-Page Consolidated Brief

Dear Judge Daniels:

      On May 7, 2018, Defendants Fox News and Malia Zimmerman filed their motion to dismiss. *See* Dkts. 35–37. A week later, on May 14, 2018, Defendant Ed Butowsky filed his motion to dismiss. *See* Dkt. 47. Plaintiffs believe that they can most efficiently address all arguments across the two sets of briefing in one consolidated opposition. Plaintiffs thus respectfully request that this Court allow Plaintiffs to file one 40-page consolidated brief, rather than two separate 25-page briefs. Defendants' counsel have stated that they are not opposed to this request.

Sincerely,

<u>*/s/ Arun Subramanian*</u>
Arun Subramanian

CC: All Counsel of Record (via ECF)