# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

32ND FLOOR

1301 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10019-6023

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 1400 | SUITE 3800 |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

ARUN SUBRAMANIAN

DIRECT DIAL (212) 471-8346

E-MAIL ASUBRAMANIAN@SUSMANGODFREY.COM

May 22, 2018

**SO ORDERED:**

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: MAY 2 2 2018

Via Hand Delivery and ECF

Hon. George B. Daniels
United State District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1310
New York, New York 10007-1312

**Re:** *Rich v. Fox et al.*, 18-cv-2223-GBD – **Letter Seeking Leave to File One 40-Page Consolidated Brief**

Dear Judge Daniels:

On May 7, 2018, Defendants Fox News and Malia Zimmerman filed their motion to dismiss. *See* Dkts. 35–37. A week later, on May 14, 2018, Defendant Ed Butowsky filed his motion to dismiss. *See* Dkt. 47. Plaintiffs believe that they can most efficiently address all arguments across the two sets of briefing in one consolidated opposition. Plaintiffs thus respectfully request that this Court allow Plaintiffs to file one 40-page consolidated brief, rather than two separate 25-page briefs. Defendants' counsel have stated that they are not opposed to this request.

Sincerely,

*/s/ Arun Subramanian*
Arun Subramanian

CC: All Counsel of Record (via ECF)