**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

JOEL RICH and MARY RICH,         :   Civil Action No. 1:18-cv-02223
                                      :

                  Plaintiffs,    :
                                        :

                    v.       :
                                        :

FOX NEWS NETWORK, LLC, MALIA    :
ZIMMERMAN in her individual and professional    :
capacities, and ED BUTOWSKY, in his individual    :
and professional capacities,    :
                                        :

                  Defendants.    :

------------------------------------------------------------ X

## DECLARATION OF ELI J. KAY-OLIPHANT IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

I, Eli J. Kay-Oliphant, hereby declare as follows:

1. I am a partner at the law firm of Massey & Gail LLP, counsel of record for Plaintiffs Mary Rich and Joel Rich. I have personal knowledge of the facts set forth in this declaration and make this declaration in support of Plaintiffs' opposition to Defendants' joint motions to dismiss.

2. The video entitled "Report: Slain DNC Staffer Had Contact with WikiLeaks," is on the FoxNews.com website at http://video.foxnews.com/v/5436001644001/?#sp=show-clips. I last accessed the video on June 3, 2018.

3. The video entitled "Rod Wheeler on His Investigation into DNC Staffer's Murder," is on the FoxNews.com website at http://video.foxnews.com/v/5437207289001 /?#sp=show-clips. I last accessed the video on June 3, 2018.

1

4.    The video entitled "Was DNC Staffer in Contact with WikiLeaks?," is on the FoxBusiness.com website at http://video.foxbusiness.com/v/5437006995001/?#sp=show-clips. I last accessed the video on June 3, 2018.

5.    Attached hereto as Exhibit 1 is a true and correct copy of the first page of the Insider.FoxNews.com website found at http://insider.foxnews.com/tag/ed-butowsky. I accessed and printed this page on June 2, 2018.

6.    Attached hereto as Exhibit 2 is a true and correct copy of the FoxBusiness.com website found at https://www.foxbusiness.com/person/b/ed-butowsky. I accessed and printed this page on June 2, 2018.

7.    Ed   Butowsky's   personal   YouTube   channel   may   be   found   at https://www.youtube.com/user/edbutowsky/videos and his personal website may be found at http://www.edbutowsky.com/category/fox-news/.  I last accessed these websites on June 4, 2018.

8.    Ed   Butowsky's   page   on   his   corporate   website   may   be   found   at http://www.chapwoodinvestments.com/fox-business/ed-butowsky-joins-varney-co-2/.    I   last accessed this website on June 4, 2018.

9.    Attached hereto as Exhibit 3 is a true and correct copy of an article published on Buzzfeed   on   May   24,   2017,   and   available   at   https://www.buzzfeed.com/amphtml /josephbernstein/the-man-behind-the-seth-rich-private-investigation-has-a. I accessed and printed this website on June 2, 2018.

10.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the *Wheeler v. Twenty-First Century Fox, Inc. et al.*, No. 17-cv-5807 (GBD), February 28, 2018 Transcript on Defendants' Motion to Dismiss.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 4th Day of June, 2018,


*/s/ Eli J. Kay-Oliphant*

Eli J. Kay-Oliphant

## CERTIFICATE OF SERVICE

I hereby certify this 4th day of June, 2018 that I caused a true and correct copy of the

foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF

system which will send notification to the attorneys of record.

*s/ Elisha Barron*_____
Elisha Barron

EXHIBIT 1



# Ed Butowsky

## Gallup: 1 in 10 People Have What It Takes to Be a Great Manager

According to a Gallup study, only one in 10 people have what it takes to be a great manager, and companies fail to choose the proper managerial candidate 82 percent of the time.



100% Audi rental.
20% off your first drive.

EXHIBIT 2

MARKETS   POLITICS   FEATURES   FBN TV



# Ed Butowsky

Advertisement

## Latest from Ed Butowsky



### One Tool Left to Jumpstart Economy: Lower Taxes



### U.S. Has to Solve Stagflation Problem



### The Plain and Simple Truth About QE

**When Debt Ceiling is Raised, You are Devalued**

**If You Have a Company Pension, Consider Retiring Today**

**Investor Sentiment Signaling Bad News for Equities?**

**HFT Critics Have it All Wrong**

**Buffett's Recent Track Record Belies His Legendary Status**

**The President's Healthcare Gamble**

**A Letter to the President**

 **Recipe for an Economic Recovery: Complete Makeover**

**Where is Your Outrage?**

 **Ready or Not, Stagflation Is Here**

**What the Country Needs, Now**

**Our Toolbox Is Empty -- Until November**

**Could ISIS Affect Your Investment Portfolio?**





**Strong Returns in 2014? May be Time to Fire Your Adviser!**



**Ebola? ISIS?! What's REALLY Behind Wall Street's Volatility?**

**Wake Up America**



**The President's Disconnect with Economic Reality**



**The Government Redefines 'Investment'**

**Don't Forget This Key Data Point**



**Investors Must Drill Through Headlines**



**Investment Moves to Make Right Now**



**Obama Chose Monetary Policy - And You're Feeling It**

**You Aren't Being Paid to Play**



**Your Taxes Have Already Been Raised**

**When the Herd is Zigging, Start Zagging**



**Earnings Remain the Market's Driving Force**

**Keeping the Faith in Tough Times**

**Repairing the Sputtering Engines of Growth**

**Muni-Bond Investors Should Thank Europe**

**Who Forced Anyone To Buy Facebook?**

 **Don't Be Afraid to Sit Out Facebook's IPO**

**Getting the J.P. Morgan Story Right**

**Are You Losing Power?**

**No Worries in Stock Market? Not Quite**

**Business as Usual in the Oil Pits**

**Look Before You Leap**

 **The Market's Current Trend Isn't Your Friend**

**Give Credit Where Credit is Due**

**Stocks Don't Pass the Smell Test**

**Don't Thank the Fed for Record Highs, Thank the CEOs**

**Obama Policies Keeping Lid on Stock Prices**

**The Facts on Romney's Tax Returns**

MARKETS     POLITICS     FEATURES     FBN TV

About Fox Business

Channel Finder

Advertise With Us

Ad Choices

Jobs

Internships

New Terms of Use (What's new)

New Privacy Policy

FAQ

Media Relations

Closed Captioning Policy

Accessibility Statement

Quotes delayed at least 15 minutes. Real-time quotes provided by **BATS BZX Real-Time Price**. Market Data provided by Interactive Data (**Terms & Conditions**). Powered and Implemented by **Interactive Data Managed Solutions**. Company fundamental data provided by **Morningstar**. Earnings estimates data provided by Zacks. Mutual fund and ETF data provided by **Lipper**. Economic data provided by Econoday. Dow Jones & Company Terms & Conditions.

This material may not be published, broadcast, rewritten, or redistributed. ©2018 FOX News Network, LLC. All rights reserved.
**FAQ - Privacy Policy**

EXHIBIT 3



**BuzzFeed NEWS** / REPORTING TO YOU

BuzzFeed    Quizzes    Trending    More ⌄

TECH

# The Man Behind The Seth Rich Private Investigation Has A White House Connection

The Rich family is "in shock" that Ed Butowsky is linked to Steve Bannon and the Mercer family.

Posted on May 24, 2017, 4:06:11 PM GMT



**Joseph Bernstein**
BuzzFeed News Reporter



*Facebook*

 

Ed Butowsky, the Dallas wealth manager and frequent Fox News guest who facilitated a private investigation into the murder of Seth Rich, is friends with and claimed on his website to serve on the board of an organization started by White House Chief Strategist Steve Bannon.

"I consider him a friend and a very nice man," Butowsky told BuzzFeed News of Bannon.

According to his website, Butowsky "serves as a Board Member for Reclaim New York, a non-partisan, non-profit think tank dedicated to advancing a grassroots conversation about the future of New York." Per tax filings, Bannon was Reclaim's vice chairman. (The group's secretary and treasurer are Jennifer and Rebekah Mercer, the powerful daughters of right-wing moneyman and Trump champion Robert Mercer.)

A spokesperson for Reclaim told BuzzFeed that Butowsky "has never had any formal involvement with the organization." Furthermore, per the spokesperson, Steve Bannon left the organization's board in August 2016.

Butowsky and Bannon know each other through Breitbart News, of which Bannon was executive chairman and to which Butowsky has contributed articles. In 2015, Bannon interviewed Butowsky for a Breitbart radio program.

Both Butowsky and a White House official deny speaking about Seth Rich.

Over the past week the Rich story has captivated conservative media, following a Fox News report that linked the murder of the 27-year-old Democratic National Committee Staff member with email hacks of the DNC that may have helped then-candidate Trump in his campaign against Hillary Clinton. Such a finding would contradict the view, widely held in the intelligence community, that Russian intelligence was behind the theft — a key point for those who believe there was an improper relationship between the Trump campaign and the Russian government.

Fox's report — a conspiracy theory with no corroborating evidence — was based on an interview with a private investigator, Rod Wheeler, who Butowsky introduced to the Rich family and offered to pay for. (Fox News yesterday retracted its story.) The Rich-as-leaker narrative's rise is the clearest example yet of the way an insurgent pro-Trump media has been able to push dubious stories beneficial to the administration into the limelight.

And the news that their benefactor has ties to a key figure in the administration — and the godfather of the pro-Trump media — has left the Rich family stunned.

"The family is in shock to learn that Ed Butowsky is both friends with and served on a board with Steve Bannon," Brad Bauman, a spokesman for the Rich family, told BuzzFeed News Wednesday. "We are very much trying not to rush to judgment in order to allow this story to develop."

Butowsky has long said that he heard about the Rich case from a friend, though he can't remember whom, and that he was motivated to connect the Rich family with Wheeler because he was moved by their story.

In an interview Tuesday outside Del Frisco's Steakhouse in Manhattan, where he was watching pigeons eat, Butowsky told BuzzFeed News that he had never discussed the Rich case with Bannon, and qualified their friendship as warm but not close.

"It's not like I have a Steve Bannon teddy bear," he said. "I've never eaten a meal with the guy."

A photograph on Butowsky's Facebook page shows him in the White House briefing room on March 22. Butowsky did not comment on the record why he was at the White House, but did clarify that he had not met with any White House officials.

Butowsky added that his association with Reclaim was distant and purely based on his wealth management expertise.

"Am I really on the board?" Butowsky asked when informed that his website claimed he was on the board. "I've never been to a board meeting."

Prior to his career as a wealth manager — his clients include a number of athletes and celebrities — Butowsky worked for nearly two decades at Morgan Stanley, where, according to his LinkedIn, he ran one of the highest earning teams at the firm.

## UPDATE

May 24, 2017, 5:29:42 PM GMT

This story has been updated to include Reclaim New York's assertion that Ed Butowsky never served

Share ⋮ Pin ar.

## UPDATE

May 25, 2017, 4:27:53 PM GMT

This story has been updated to reflect the fact that Ed Butowsky was watching pigeons eat but not personally feeding them.

Joe Bernstein is a senior technology reporter for BuzzFeed News and is based in New York. Bernstein reports on and writes about the gaming industry and web culture.
Contact Joseph Bernstein at joe.bernstein@buzzfeed.com.

EXHIBIT 4

I2c9xhe1                                                    1

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  ROD WHEELER ,

4                  Plaintiff,

5           v.                      17 CV 5807 (GBD)

6  TWENTY-FIRST CENTURY FOX,
   INC., ET AL.,
7
                Defendants.
8
   ------------------------------x
9                                  New York, N.Y.
                                   February 28, 2018
10                                 10:38 a.m.

11 Before:

12                   HON. GEORGE B. DANIELS

13                                      District Judge

14                      APPEARANCES

15 WIGDOR LLP
        Attorneys for Plaintiff
16 BY:  DOUGLAS HOLDEN WIGDOR
        MICHAEL JOHN WILLEMIN
17      JEANNE-MARIE BATES CHRISTENSEN

18 WILLIAMS & CONNOLLY LLP
        Attorneys for Defendants Twenty-First Century Fox, Inc.
19 and Fox News Network LLC
   BY:  KEVIN TAYLOR BAINE
20      JOSEPH M. TERRY
        KATHERINE ANNE PETTI
21      KATHERINE MEEKS

22 HUGHES HUBBARD & REED LLP
        Attorneys for Defendant Malia Zimmerman
23 BY:  DAVID H. STERN

24 SPIRO HARRISON
        Attorneys for Defendant Ed Butowsky
25 BY:  DAVID BUTLER HARRISON

                SOUTHERN DISTRICT REPORTERS, P.C.
                       (212) 805-0300

1        MR. BAINE:  And he did make those statements on

2  television for which he was paid.

3        So on the arbitration argument the argument is not

4  that the quotes on the website were compensated but that he was

5  compensated for appearing on Fox television saying the same

6  things.

7        THE COURT:  But he wasn't compensated by Fox for the

8  statements that were attributed to him in the article.

9        MR. BAINE:  That's correct.

10       THE COURT:  And the investigation, Fox News did not

11  employ him pursuant to this written agreement that has the

12  arbitration clause to do the investigation for the Riches.

13       MR. BAINE:  That is true.  They did not go to him and

14  say we'd like to employ you to do this investigation for us.

15  But they did identify him in the article as a Fox News

16  contributor.

17       THE COURT:  Right.

18       MR. BAINE:  Which he is.

19       THE COURT:  But it's not your contention that he was

20  in any way employed by Fox News to do the investigation for the

21  Riches.

22       MR. BAINE:  Not to do the investigation.

23       THE COURT:  Right.

24       MR. BAINE:  But to appear on television.

25       THE COURT:  But he didn't -- okay.  To appear on

1    relationship with Fox.  He has appeared on Fox News programming

2    as well as other television shows where he has spoken about his

3    financial expertise with respect to the economy and the stock

4    market, advising clients on financial matters.  That is the

5    extent of it.

6            THE COURT:  But he clearly had some -- and maybe this

7    isn't a general jurisdiction question -- but he clearly has

8    some interest in the Seth Rich story.

9            In what way does he have an independent interest in

10   the Seth Rich story or a combined interest in the Seth Rich

11   story with Fox News?

12           MR. HARRISON:  As is alleged in the complaint,

13   Mr. Butowsky was a mere intermediary between Rod Wheeler who

14   was investigating the Seth Rich case and Malia Zimmerman who

15   had an interest in the case and was writing a story about it.

16           THE COURT:  But I don't know how he got in the middle

17   of this.  Through his relationship with Fox News?  Through his

18   relationship with Zimmerman?  Through his relationship with

19   Wheeler?  I'm not sure.

20           MR. HARRISON:  I think in this case in particular his

21   relationship with Ms. Zimmerman, I think he had a relationship

22   with her, he's worked with her in the past.  He's worked with

23   people at Fox in the past and I think as a result of that he

24   made an introduction.

25           THE COURT:  He made an introduction of who?

1          MR. WILLEMIN:  Precisely the point, your Honor.  He is

2     now --

3          THE COURT:  If you have sources at the FBI saying that

4     there's such information, doesn't that -- isn't that part of

5     the investigation?

6          MR. WILLEMIN:  I would disagree, your Honor.  And I

7     would say --

8          THE COURT:  You would say that's not part of his

9     investigation?

10          MR. WILLEMIN:  Your Honor, what I would --

11          THE COURT:  How could he have conversations with --

12     and have a source at the FBI and pursue that source and then

13     publicly say he has that source that's giving him that

14     information?  And you say it has nothing to do with his

15     investigation.  It's not part of the investigation.

16          MR. WILLEMIN:  To step back on the source.  The source

17     that's as issue here, as Butowsky and Zimmerman at Fox knew and

18     know, is a source that -- is Butowsky.

19          THE COURT:  No.  Butowsky is not a source at the FBI.

20          MR. WILLEMIN:  Butowsky and Zimmerman both advise

21     Mr. Wheeler that there was a source in a law enforcement agency

22     that has seen --

23          THE COURT:  Why does that matter?  That doesn't

24     matter.  He said that he got that information.

25          MR. WILLEMIN:  Understood.

1            MR. WILLEMIN:  He worked as a contributor for ten

2      years for Fox.

3            THE COURT:  As a result of the article, what's the

4      evidence that when the article came out and this defamatory

5      statement was published that that was the reason and the time

6      when they decided that they were no longer going to do

7      business?

8            MR. WILLEMIN:  It wasn't at the moment the article

9      came out.  I think that's the point.  I think that's actually

10     the distinction between a circumstance where someone says

11     you're an imbecile.  You're out of here.

12            THE COURT:  After they got into the fight over this

13     between the two of them?

14            MR. WILLEMIN:  I don't have the exact date of the last

15     time he was on Fox.

16            THE COURT:  Not the date.  Are you claiming that

17     they -- you don't claim that they fired him as a result because

18     of the publication.

19            MR. WILLEMIN:  No.  They fired him because of what the

20     publication caused, which was the world to believe that

21     Mr. Wheeler was completely incompetent.  And so --

22            THE COURT:  What basis do you have to say that as

23     opposed to they fired him because while they were calling him a

24     liar, he was calling them a liar?

25            Did they fire him before or after he filed a lawsuit?