LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

JOSEPH M. TERRY
(202) 434-5320
jterry@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 11, 2018

<u>VIA ECF</u>

Hon. George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Rich et al. v. Fox News Network, LLC et al.*, No. 18-cv-02223, Request for leave to file a reply brief of twelve pages

Dear Judge Daniels:

    On May 7, 2018, Defendants Fox News and Malia Zimmerman filed a motion to dismiss. Dkt. 35-37. On June 4, 2018, Plaintiffs filed a 40-page opposition brief. Dkt. 56. I write to request leave to file a 12-page reply brief in response. Plaintiffs' counsel have stated that they are not opposed to this request.

                                 Respectfully submitted,

                                 <u>*s/ Joseph M. Terry*</u>
                                 Joseph M. Terry
                                 *Counsel for Fox News Network, LLC*

                                 *With Consent,*

                                 DECHERT LLP
                                 David H. Stern (*pro hac vice*)
                                 *Counsel for Malia Zimmerman*

cc:    Counsel of Record (via ECF)