LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JOSEPH M. TERRY
(202) 434-5320
jterry@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2018

June 11, 2018

VIA ECF

Hon. George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Rich et al. v. Fox News Network, LLC et al.*, No. 18-cv-02223, Request for leave to file a reply brief of twelve pages

Dear Judge Daniels:

On May 7, 2018, Defendants Fox News and Malia Zimmerman filed a motion to dismiss. Dkt. 35-37. On June 4, 2018, Plaintiffs filed a 40-page opposition brief. Dkt. 56. I write to request leave to file a 12-page reply brief in response. Plaintiffs' counsel have stated that they are not opposed to this request.

Respectfully submitted,

**SO ORDERED:**

*/s/ George B. Daniels/*
George B. Daniels, U.S.D.J.

Dated: JUN 1 2 2018

*s/ Joseph M. Terry*
Joseph M. Terry
*Counsel for Fox News Network, LLC*

With Consent,

DECHERT LLP
David H. Stern (*pro hac vice*)
*Counsel for Malia Zimmerman*

cc:    Counsel of Record (via ECF)