UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JOEL RICH and MARY RICH,                                     :
                                                             :
                    Plaintiffs,                                  :
                                                             :  Civil Action No. 1:18-cv-02223-GBD
                      v.                                 :
                                                             :
FOX NEWS NETWORK, LLC, MALIA                                 :
ZIMMERMAN in her individual and professional                 :
capacities, and ED BUTOWSKY, in his individual               :
and professional capacities,                                 :
                                                             :
                  Defendants.                                  :
------------------------------------------------------------ X

**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST
TO BE REMOVED FROM SERVICE LIST**

     PLEASE TAKE NOTICE that as of June 15, 2018, I, Yoonhee Gloria Park, will no longer be associated with SUSMAN GODFREY, L.L.P.  I am hereby withdrawing as counsel for Plaintiffs Joel Rich and Mary Rich.  Please remove me from the Court's service list for the above-referenced action.

     Arun Subramanian and Elisha Barron of SUSMAN GODFREY, L.L.P. and Leonard A. Gail, Eli J. Kay-Oliphant, and Suyash Agrawal of MASSEY & GAIL L.L.P. will continue to serve as counsel for Plaintiffs.  This withdrawal is not intended to, nor will it, to the best of my knowledge, information, and belief, cause any delay or prejudice in this action.

Dated:  New York, New York
        June 14, 2018                       Respectfully submitted,

                               By:     *s/ Y. Gloria Park*_____
                                         Y. Gloria Park

                                         MASSEY & GAIL L.L.P.
                                         Leonard A. Gail (*pro hac vice* pending)
                                         Eli J. Kay-Oliphant (EK8030)

Suyash Agrawal (SA2189)
50 East Washington Street, Suite 400
Chicago, IL 60602
Telephone: (312) 283-1590
lgail@masseygail.com
ekay-oliphant@masseygail.com
sagrawal@masseygail.com

SUSMAN GODFREY L.L.P.
Arun Subramanian (AS2096)
Elisha Barron (EB6850)
Gloria Park (GP0913)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
asubramanian@susmangodfrey.com
ebarron@susmangodfrey.com
gpark@susmangodfrey.com

*Attorneys for Plaintiffs Joel and Mary Rich*

## **CERTIFICATE OF SERVICE**

I hereby certify this 14th day of June, 2018, that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

*s/ Y. Gloria Park*
Y. Gloria Park