UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
JOEL RICH and MARY RICH,                  :   Civil Action No. 18-cv-2223
                                          :
            Plaintiffs,           :
                                          :
       v.                                :   **NOTICE OF APPEAL**
                                          :
FOX NEWS NETWORK, LLC, MALIA              :
ZIMMERMAN in her individual and professional :
capacities, and ED BUTOWSKY, in his individual :
and professional capacities,              :
                                          :
            Defendants.           :
-------------------------------------------------------------- X

      NOTICE IS HEREBY GIVEN that Plaintiffs Joel Rich and Mary Rich, by and through Massey & Gail LLP and Susman Godfrey LLP, hereby appeal to the United States Court of Appeals for the Second Circuit from the ORDER granting Motions to Dismiss [69], entered in this action on the 2nd day of August 2018, including the JUDGMENT entered thereon [70].

Dated: August 7, 2018      By:   */s/ Arun Subramanian*
                                                              Arun Subramanian

                                                              MASSEY & GAIL LLP
                                                               Leonard A. Gail (*pro hac vice*)
                                                               Eli J. Kay-Oliphant (EK8030)
                                                               Suyash Agrawal (SA2189)
                                                               50 East Washington Street, Suite 400
                                                               Chicago, IL 60602
                                                               Telephone: (312) 283-1590
                                                               lgail@masseygail.com
                                                               ekay-oliphant@masseygail.com
                                                               sagrawal@masseygail.com

                                                               SUSMAN GODFREY LLP
                                                               Arun Subramanian (AS2096)
                                                               Elisha Barron (EB6850)
                                                               1301 Avenue of the Americas, 32nd Floor
                                                               New York, NY 10019
                                                               Telephone: (212) 336-8330
                                                               asubramanian@susmangodfrey.com

ebarron@susmangodfrey.com

*Attorneys for Plaintiffs Joel and Mary Rich*

## CERTIFICATE OF SERVICE

I hereby certify this 7th day of August, 2018 that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

*s/ Arun Subramanian*
Arun Subramanian