UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOEL RICH and MARY RICH, | Civil Action No.: 18-cv-02223 |
| Plaintiffs, | |
| v. | |
| FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities, | |
| Defendants. | |

---

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Beatrice Franklin of Susman Godfrey L.L.P. hereby appears on behalf of Plaintiffs Joel Rich and Mary Rich in the above-captioned matter. I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Joel Rich and Mary Rich.

Dated: New York, New York
October 4, 2019

SUSMAN GODFREY L.L.P.

*/s/ Beatrice Franklin*
Beatrice Franklin (BF1066)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Fax: (212) 336-8340
Email: bfranklin@susmangodfrey.com

## **CERTIFICATE OF SERVICE**

I hereby certify this 4th day of October, 2019 that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

                                          */s/ Beatrice Franklin*
                                          Beatrice Franklin