USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOEL RICH and MARY RICH,

                    Plaintiff,

        -against-

FOX NEWS NETWORK LLC, MALIA
ZIMMERMAN, *in her individual and professional*
*capacities*, and ED BUTOWSKY, *in his individual and*
*professional capacities*,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                  ORDER

          18 Civ. 2223 (GBD)

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for January 22, 2020 at 9:45 am.

Dated: New York, New York
      October 7, 2019

                          SO ORDERED.

                          *George B. Daniels*

                          GEORGE B. DANIELS
                          United States District Judge