LAW OFFICES

WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KEVIN T. BAINE
(202) 434-5010
kbaine@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** OCT 1 8 2019

October 17, 2019

**SO ORDERED:**

*George B. Daniels*

**George B. Daniels, U.S.D.J.**

Via CM/ECF

Hon. George B. Daniels
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dated: **OCT 1 8 2019**

Re:    *Rich v. Fox News Network*, LLC, Case No. 18-cv-2223

Dear Judge Daniels,

The U.S. Court of Appeals for the Second Circuit has vacated this Court's judgment granting the motion to dismiss and remanded this case for further proceedings. Plaintiffs Joel and Mary Rich have agreed that defendants Fox News Network, LLC and Malia Zimmerman may file their answer to the complaint by November 20, 2019. Fox and Zimmerman respectfully request that the Court set this deadline for their answer.

Sincerely,

/s/ Kevin T. Baine
*Counsel for Fox News Network, LLC*

/s/ David H. Stern (*with consent*)
*Counsel for Malia Zimmerman*

Cc:    Counsel of Record (via CM/ECF)