# EXHIBIT A

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 18-2321

**Caption [use short title]**

**Motion for:** Spiro Harrison to be relieved as Defendant-Appelle Ed Butowsky's counsel

**Set forth below precise, complete statement of relief sought:**
Spiro Harrison, counsel for defendant-appellee Ed Butowsky, moves for an order relieving the firm as counsel for Mr. Butowsky.

Rich et al v. Fox News Network LLC et al.

**MOVING PARTY:** Ed Butowsky
**OPPOSING PARTY:** Motion is Unopposed

[ ] Plaintiff   [✔] Defendant
[ ] Appellant/Petitioner   [✔] Appellee/Respondent

**MOVING ATTORNEY:** David B. Harrison
**OPPOSING ATTORNEY:** N/A

[name of attorney, with firm, address, phone number and e-mail]

David B. Harrison, Spiro Harrison
830 Morris Turnpike, 2nd Floor, Short Hills, NJ 07078
(973) 232-0881; dharrison@spiroharrison.com

**Court- Judge/ Agency appealed from:** Hon. George B. Daniels, US District Court, S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✔] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [✔] Yes  [ ] No  If yes, enter date: February 4, 2019

**Signature of Moving Attorney:**
/s/ David B. Harrison   **Date:** 1/22/2019   Service by: [✔] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

JOEL RICH and MARY RICH

    Plaintiffs-Appellants,

v.

FOX NEWS NETWORK LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY in his individual and professional capacities,

    Defendants-Appellees.

Docket No.:18-2321

## MEMORANDUM IN SUPPORT OF SPIRO HARRISON'S MOTION TO BE RELIEVED AS COUNSEL FOR DEFFENDANT-APPELLEE ED BUTOWSKY

The law firm of Spiro Harrison (the "Firm") submits this brief and memorandum of law in support of its motion to be relieved as counsel for defendant-appellee Ed Butowsky ("Appellee" or "Butowsky") in the above-captioned matter. Given that Butowsky wishes to represent himself *pro se* for the duration of this action, no parties object to the withdrawal, and the action will be not be delayed in any way as a result of the relief, this motion should be granted.

### Background

The Firm has been representing Butowsky since this matter was pending before the United States District Court for the Southern District of New York. After Judge B. Daniels of the S.D.N.Y. dismissed all of plaintiffs-appellants' claims against Butowsky and co-defendants, plaintiffs-appellants Joel and Mary Rich appealed to this Court. The Firm filed a brief with this Court on behalf of Butowsky in opposition to the appeal of Judge Daniels' decision granting the motions to dismiss. Oral argument of this matter has been set for February 4, 2019.

Butowsky has informed David B. Harrison of the Firm that he wishes to proceed *pro se* in this matter, and would no longer like to be represented by the Firm, or any other counsel for that matter. (*See* January 17, 2019 letter, acknowledged and signed by Ed Butowsky, attached hereto as Exhibit A). He has made his intentions clear, and confirmed them on more than one occasion. In addition, on January 14, 2019, the Firm sent a letter to this Court on behalf of Butowsky, stating that Butowsky would like to cede the six minutes of time allotted to him for the oral argument to Fox News Network, LLC. None of the parties to this action object to the relief sought herein.

Argument

The Firm has satisfactory reasons to withdraw as Butowsky's counsel, and a withdrawal at this juncture will not cause prejudice to any party or cause any delay in the proceedings. In addition, the withdrawal is entirely consistent with the client's express wishes. The basis for the requested withdrawal is that Butowsky has unequivocally communicated to the Firm his intention to proceed *pro se*. He does not want the Firm to represent him going forward, and does not intend to substitute counsel, but, rather, would like to represent himself. Butowsky's intentions are confirmed in the January 17, 2019 letter referenced above and attached hereto as Exhibit A.

The Firm's motion to withdrawal as counsel conforms with the standards set forth in S.D.N.Y. Local Civil Rule 1.4, which provides that a court may grant a motion to be relieved as counsel "upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or replacement and the posture of the case, including its position, if any, on the calendar . . . ." Courts have made it clear that the "satisfactory reason" standard is not "good cause" and can be a lesser showing than good cause. *Hallmark Cap. Corp. v. Red Rose Collection, Inc.*, No. 96 Civ. 2839, 1997 WL 66146 at *1-2 (S.D.N.Y. Oct. 21, 1997). Here, as explained above, the request for relief as counsel is not only consistent with, but specifically caused by the client's desire to represent himself *pro se*. The proceedings will not be impeded or delayed as a result of the Firm's withdrawal as oral argument of the

appeal will still proceed as scheduled, regardless if the Firm represents Butowsky. No parties will be prejudiced.

## Conclusion

Accordingly, for the reasons set forth above, Spiro Harrison's motion to be relieved as counsel for defendant-appellant Ed Butowsky should be granted.

Respectfully submitted,

s/David B. Harrison
David B. Harrison
Jason C. Spiro
SPIRO HARRISON
830 Morris Turnpike, 2nd Floor
Short Hills, NJ 07078
Tel.: 973.232.0881
dharrison@spiroharrison.com
jspiro@spiroharrison.com

DATED: January 17, 2019

# EXHIBIT A

# SPIRO | HARRISON

David B. Harrison
(973) 232-4109
dharrison@spiroharrison.com

January 17, 2019

**Via E-Mail & Regular Mail**
Ed Butowsky
2200 Bradbury Court
Plano, TX 75093-4351

RE: *Joel Rich, Mary Rich v. Fox News Network, LLC, Malia Zimmerman, Ed Butowsky*, Index No. 18-2321

Dear Mr. Butowsky:

We are writing to confirm that you would like to proceed in the above-referenced matter *pro se*, and that you no longer would like the law firm of Spiro Harrison to represent you in this matter or any related matter. You have communicated to us that you would like to represent yourself going forward, and, specifically, at the oral argument scheduled for February 4, 2019. As a result and consistent with your wishes, Spiro Harrison will imminently file a motion with the United States Court of Appeals for the Second Circuit to be relieved as your counsel.

Please do not hesitate to contact us if you have any questions or concerns regarding this matter.

Sincerely,

*s/ David B. Harrison*
David B. Harrison

Date: JAN 22, 2019

Acknowledged and Agreed by: _____
                              Ed Butowsky

www.spiroharrison.com

NEW YORK          SHORT HILLS          RED BANK