# EXHIBIT B

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of January, two thousand and nineteen,

_____

Joel Rich, Mary Rich,

            Plaintiffs - Appellants,

v.

Fox News Network, LLC., Malia Zimmerman, in her individual and professional capacity, Ed Butowsky, in his individual and professional capacity,

            Defendants - Appellees.

_____

**ORDER**

Docket No. 18-2321

IT IS HEREBY ORDERED that the motion by Appellee Ed Butowsky to be relieved as counsel is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court