# SPIRO HARRISON

David B. Harrison
Direct Dial: 973.232.4109
dharrison@spiroharrison.com

October 30, 2019

**VIA ECF**
Hon. George B. Daniels
United States District Judge
United States District Court, Southern District of New York
500 Pearl St., Court Room 11A
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 01 2019

    **Re:**     **Joel and Mary Rich v. Ed Butowsky *et al.***
            **Docket No. 1:18-cv-02223**

Dear Judge Daniels:

    Spiro Harrison ("the Firm") represented Defendant Ed Butowsky ("Butowsky") in the above-captioned matter. While Plaintiffs' appeal was pending in the United States Court of Appeals for the Second Circuit ("Court of Appeals"), this Firm filed a motion to be relieved as Butowsky's counsel ("the Motion"). See **Exhibit A**. The basis for the Firm's requested withdrawal was Butowsky's intention to appear *pro se*. The Court of Appeals granted the Motion on January 31, 2019. See **Exhibit B**. Given the Court of Appeals' Order remanding this matter for further proceedings, the Firm respectfully requests the Court issue an Order permitting the Firm to be relieved as Butowsky's counsel on the same grounds detailed in the Motion.

    The Firm thanks the Court for considering its request to be relieved as counsel for Butowsky.

                                                 Respectfully Submitted,

                                               */s/David B. Harrison*
                                               David B. Harrison

SO ORDERED on this ___ day of ____[NOV 01 2019]____, ____

*/s/ George B. Daniels*
Hon. George B. Daniels
United States District Judge

www.spiroharrison.com

NEW YORK          SHORT HILLS          RED BANK          SEATTLE