UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JOEL RICH and MARY RICH, :

     Plaintiffs, :

  -against- :

FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities, :

     Defendants. :

  :
------------------------------------- X

INDEX NO. 18-cv-2223

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that I, Nicolle L. Jacoby, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant Malia Zimmerman in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York
       November 20, 2019

Respectfully submitted,

DECHERT LLP

By:   /s/ Nicolle L. Jacoby
      Nicolle L. Jacoby
nicolle.jacoby@dechert.com
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Defendant Malia Zimmerman*