UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
JOEL RICH and MARY RICH,                 :

      Plaintiffs,                      :

  -against-                              :   INDEX NO. 18-cv-2223

FOX NEWS NETWORK, LLC, MALIA            :   **NOTICE OF APPEARANCE**
ZIMMERMAN in her individual and
professional capacities, and ED BUTOWSKY, :
in his individual and professional capacities,

      Defendants.                       :

                                                 :
---------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that I, Christine Isaacs, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant Malia Zimmerman in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York        Respectfully submitted,
       November 20, 2019
                                      DECHERT LLP

                                      By:  */s/ Christine Isaacs*
                                            Christine Isaacs
                                      christine.isaacs@dechert.com
                                      1095 Avenue of the Americas
                                      New York, New York 10036-6797
                                      Tel.: (212) 698-3500
                                      Fax: (212) 698-3599

                                      *Attorneys for Defendant Malia Zimmerman*