UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>   Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>   Defendants. | Civil Action No. 18-cv-02223 (GBD)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF KATHERINE MORAN MEEKS** |

   Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Katherine Moran Meeks, hereby move this Court for an order for admission to practice *pro hac vice* to appear as counsel for defendant Fox News Network, LLC in the above-captioned case.

   I am a member in good standing of the bars of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: November 27, 2019

Respectfully submitted,

/s/ *Katherine Moran Meeks*
Katherine Moran Meeks
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

650 Fifth Avenue, Suite 1500
New York, NY 10019

Tel.: (202) 434-5870
Fax: (202) 434-5029
kmeeks@wc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2019, I electronically filed the foregoing Motion for Pro Hac Vice Admission of Katherine Moran Meeks with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*s/ Katherine Moran Meeks*
Katherine Moran Meeks

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>Defendants. | Civil Action No. 18-cv-02223 (GBD) |

**AFFIDAVIT OF KATHERINE MORAN MEEKS
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

I, Katherine Moran Meeks, being first duly cautioned, swear or affirm as follows:

1. I am an associate at Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. I was licensed to practice law in Virginia on October 16, 2014 (Bar No. 87812) and was admitted to the Supreme Court of Virginia on December 3, 2014. I am a member in good standing of the Virginia State Bar.

4. I was admitted to practice law in the District of Columbia on September 11, 2015 (Bar No. 1028302). I am a member in good standing of the District of Columbia Bar.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently against me.

_____
Katherine Moran Meeks

Sworn to before me and subscribed in my presence.

November 26, 2019

_____
Notary Public

PATRICIA D. LEWIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2022

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Katherine Moran Meeks*

was duly qualified and admitted on September 11, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 22, 2019.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **KATHERINE MORAN MEEKS** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MRS. MEEKS** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2014,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued November 21, 2019*

*KAREN A. GOULD*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>Defendants. | Civil Action No. 18-cv-02223 (GBD)<br><br>**ORDER FOR ADMISSION OF KATHERINE MORAN MEEKS *PRO HAC VICE*** |

The motion of Katherine Moran Meeks for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of Virginia and the District of Columbia, and that her contact information is as follows:

Katherine Moran Meeks
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
kmeeks@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Fox News Network, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                _____
                                                                                HONORABLE GEORGE B. DANIELS
                                                                                UNITED STATES DISTRICT JUDGE