**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOEL AND MARY RICH,<br><br>    Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>    Defendants. | Civil Action No. 1:18-cv-02223 (GBD) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Fox News Network, LLC, a private non-governmental party ("Fox News"), hereby certifies that Fox News is an indirectly owned subsidiary of Fox Corporation, a publicly traded Delaware Corporation. No publicly held corporation other than Fox Corporation owns 10 percent or more of its stock.

Dated: November 27, 2019

*s/   Joseph M. Terry*
Kevin T. Baine
Joseph M. Terry
Katherine A. Petti
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
kbaine@wc.com
jterry@wc.com
kpetti@wc.com

650 Fifth Avenue, Suite 1500
New York, NY 10019

*Attorneys for Defendant Fox News Network, LLC*
