UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>Defendants. | Civil Action No. 18-cv-02223 (GBD)<br><br>**ORDER FOR ADMISSION OF KATHERINE MORAN MEEKS *PRO HAC VICE*** |

The motion of Katherine Moran Meeks for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of Virginia and the District of Columbia, and that her contact information is as follows:

Katherine Moran Meeks
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
kmeeks@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Fox News Network, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: DEC 0 5 2019

HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE