**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOEL RICH AND MARY RICH,

        Plaintiff,

        v.

FOX NEWS NETWORK, LLC, MALIA
ZIMMERMAN, AND ED BUTOWSKY,

        Defendants.

---

Civil Action No. 18-cv-02223 (GBD)

**MOTION FOR ADMISSION *PRO HAC VICE* OF RISHA ASOKAN**

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Risha Asokan, hereby move this Court for an order for admission to practice *pro hac vice* to appear as counsel for defendant Fox News Network, LLC in the above-captioned case.

I am a member in good standing of the bars of Florida and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date:  December 10, 2019

Respectfully submitted,

/s/ *Risha Asokan*
Risha Asokan
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

650 Fifth Avenue, Suite 1500
New York, NY 10019

Tel.:  (202) 434-5864
Fax:  (202) 434-5029
rasokan@wc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 10, 2019, I electronically filed the foregoing Motion for Pro Hac Vice Admission of Risha Asokan with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*<u>s/ Risha Asokan</u>*
Risha Asokan

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>Defendants. | Civil Action No. 18-cv-02223 (GBD) |

### AFFIDAVIT OF RISHA ASOKAN
### IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Risha Asokan, being first duly cautioned, swear or affirm as follows:

1.      I am an associate at Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.      I was admitted to practice law in Florida on October 6, 2017.  I am a member in good standing of the Florida State Bar (Bar No. 1003398).

4.      I was admitted to practice law in the District of Columbia on October 22, 2019 (Bar No. 1613390).  I am a member in good standing of the District of Columbia Bar.

5.      I have never been convicted of a felony.

6.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7.      There are no disciplinary proceedings presently against me.



Risha Asokan

Sworn to before me and subscribed in my presence.

December 10, 2019

Brenda

Notary Public

My commission expires April 14, 2024

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### RISHA ASOKAN

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 6, 2017,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this December 6, 2019.*

*Clerk of the Supreme Court of Florida.*



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re:  1003398
Risha Asokan
Ms. Risha Asokan
725 12th St NW
Washington, DC 20005-3901

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 6, 2017**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this <u>21st</u> day of  **November**, **2019**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-64982



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Risha Asokan*

was duly qualified and admitted on October 22, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on
November 21, 2019.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOEL RICH AND MARY RICH,

       Plaintiff,

       v.

FOX NEWS NETWORK, LLC, MALIA
ZIMMERMAN, AND ED BUTOWSKY,

       Defendants.

Civil Action No. 18-cv-02223 (GBD)

**ORDER FOR ADMISSION OF
RISHA ASOKAN
*PRO HAC VICE***

The motion of Risha Asokan for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of Florida and the District of Columbia, and that her contact information is as follows:

Risha Asokan
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5864
Fax: (202) 434-5029
rasokan@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Fox News Network, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE