UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOEL RICH and MARY RICH,                  :   Civil Action No. 1:18-cv-02223
                                          :
                Plaintiffs,               :
                                          :
        v.                                :
                                          :
FOX NEWS NETWORK, LLC, MALIA              :
ZIMMERMAN in her individual and professional :
capacities, and ED BUTOWSKY, in his individual :
and professional capacities,              :
                                          :
                Defendants.               :
------------------------------------------------------------- X

## NOTICE OF CONSENT MOTION TO AMEND COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Beatrice C. Franklin, and the exhibits annexed thereto, Plaintiffs Joel and Mary Rich, by and through the undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, in Courtroom 11A at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on such day and at such time designated by the Court, for an Order granting leave to amend the Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Dated: January 3, 2020                    Respectfully submitted,

                             By:    s/Arun Subramanian
                                    Arun Subramanian

                                    MASSEY & GAIL L.L.P.
                                    Leonard A. Gail (*pro hac vice*)
                                    Eli J. Kay-Oliphant (EK8030)
                                    Suyash Agrawal (SA2189)
                                    50 East Washington Street, Suite 400
                                    Chicago, IL 60602
                                    Telephone: (312) 283-1590

7055995v1/015730

        lgail@masseygail.com
        ekay-oliphant@masseygail.com
        sagrawal@masseygail.com

        SUSMAN GODFREY L.L.P.
        Arun Subramanian (AS2096)
        Elisha Barron (EB6850)
        Beatrice Franklin (BF1066)
        1301 Avenue of the Americas, 32nd Floor
        New York, NY 10019
        Telephone: (212) 336-8330
        asubramanian@susmangodfrey.com
        ebarron@susmangodfrey.com
        bfranklin@susmangodfrey.com

        *Attorneys for Plaintiffs Joel and Mary Rich*

## CERTIFICATE OF SERVICE

I hereby certify this 3rd day of January, 2020, that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record, and served all *pro se* parties by registered mail.

                                                    *s/ Arun Subramanian*_____
                                                    Arun Subramanian