## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOEL RICH AND MARY RICH,

        Plaintiffs,

    v.

FOX NEWS NETWORK, LLC, MALIA
ZIMMERMAN, AND ED BUTOWSKY,

        Defendants.

Civil Action No. 18-cv-2223 (GBD)

**NOTICE OF APPEARANCE**

Stephen J. Fuzesi of the law firm Williams & Connolly LLP hereby enters his appearance as counsel for Defendant Fox News Network, LLC.

Dated: January 16, 2020

Respectfully submitted,

*S/ Stephen J. Fuzesi*
Stephen J. Fuzesi (SF2000)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, D.C. 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019
Tel: (202) 434-5000
Fax: (202) 434-5029
sfuzesi@wc.com

*Attorney for Fox News Network, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, I caused to be filed electronically the foregoing Notice

of Appearance with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

_S/ Stephen J. Fuzesi_
Stephen J. Fuzesi