UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOEL RICH and MARY RICH,

                        Plaintiffs,

      -against-

FOX NEWS NETWORK LLC; MALIA ZIMMERMAN, *in her individual and professional capacities*; and ED BUTOWSKY, *in his individual and professional capacities*,

                        Defendants.

------------------------------------------------------------ x

ORDER

18 Civ. 2223 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' consent motion to file a proposed amended complaint, (ECF No. 92), is GRANTED. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       January 17, 2020

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      United States District Judge