UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JOEL RICH and MARY RICH,

                       Plaintiffs,
-against-

FOX NEWS NETWORK LLC; MALIA ZIMMERMAN, *in her individual and professional capacities*, and ED BUTOWSKY, *in his individual and professional capacities*,

                       Defendants.
------------------------------------------------------------ x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18 Civ. 2223 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute: | __ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | __ | Habeas Corpus |
| | | __ | Social Security |
| __ | Settlement | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| __ | Inquest After Default/Damages Hearing | | |
| | | | All such motions:___ |

Dated: New York, New York
      January 22, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge