```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RICH, et al.,

                                Plaintiffs,            18-CV-2223 (GBD)(SN)

                -against-                              ORDER

FOX NEWS NETWORK LLC, et al.,

                                Defendants.

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

On January 22, 2020, the Honorable George B. Daniels referred this matter to my docket for general pretrial matters. A conference to discuss the scheduling issues raised in the parties' January 15, 2020 Letter is scheduled for Monday, February 10, 2020, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  January 30, 2020
        New York, New York