**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>          Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA<br>ZIMMERMAN, AND ED BUTOWSKY,<br><br>          Defendants. | Civil Action No. 1:18-cv-02223 (GBD)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS FOX NEWS NETWORK, LLC, AND MALIA
ZIMMERMAN'S MOTION TO DISMISS THE AMENDED COMPLAINT
FOR FAILURE TO STATE A CLAIM**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Joseph M. Terry, and the exhibits annexed thereto, defendants Fox News Network, LLC, and Malia Zimmerman, by and through the undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, in Courtroom 11A at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on such day and at such time designated by the Court, for an Order dismissing certain claims in the amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

Respectfully submitted,

/s/ *Joseph M. Terry*

Kevin T. Baine
Joseph M. Terry (*pro hac vice*)
Stephen J. Fuzesi
Katherine Moran Meeks (*pro hac vice*)
Katherine A. Petti (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.

1

Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

650 Fifth Avenue
Suite 1500
New York, NY 10019
kbaine@wc.com
jterry@wc.com
sfuzesi@wc.com
kmeeks@wc.com
kpetti@wc.com

*Attorneys for Fox News Network, LLC*

*With Consent*,

DECHERT LLP
David H. Stern (*pro hac vice*)
U.S. Bank Tower
633 West 5th Street
Los Angeles, CA 90071
(213) 808-5700

Nicolle Lipper Jacoby
1095 Avenue of the Americas
New York, NY 10036
david.stern@dechert.com
nicolle.jacoby@dechert.com

*Attorneys for Malia Zimmerman*

DATED: January 31, 2020

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2020, I electronically filed the foregoing Notice of

Motion to Dismiss the Amended Complaint for Failure to State a Claim with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to all counsel of

record in this matter who are on the CM/ECF system.

*s/ Joseph M. Terry*
Joseph M. Terry
