LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JOSEPH M. TERRY
(202) 434-5320
jterry@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 31, 2020

<u>Via CM/ECF</u>

Hon George B. Daniels
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: *Rich v. Fox News Network*, *LLC*, No. 18-cv-02223, Request for Oral Argument on
     <u>Motion to Dismiss the Amended Complaint for Failure to State a Claim</u>

Dear Judge Daniels,

  I write on behalf of defendant Fox News Network, LLC, and with the consent of defendant Malia Zimmerman, pursuant to your Individual Rule of Practice IV.D. Fox News and Ms. Zimmerman respectfully request oral argument on their motion to dismiss the amended complaint for failure to state a claim, filed today.

           Sincerely,

           <u>/s/ Joseph M. Terry</u>
           Joseph M. Terry (*pro hac vice*)
           *Counsel for Fox News Network, LLC*

           *With Consent*,

           DECHERT LLP
           David H. Stern (*pro hac vice*)
           *Counsel for Malia Zimmerman*

Cc: Counsel of Record (via ECF)