UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/6/2020
```

JOEL RICH, et al.,

        **Plaintiffs,**

   -against-

FOX NEWS NETWORK LLC, et al.,

        **Defendants.**

-----------------------------------------------------------------X

       **18-CV-2223 (GBD)(SN)**

        <u>**ORDER**</u>

**SARAH NETBURN, United States Magistrate Judge:**

   Due to an unforeseen conflict in the Court's calendar, the Court must reschedule the conference currently set for 11:00 a.m. on Monday, February 10, 2020. The conference is hereby RESCHEDULED to 4:00 p.m. the same day. If any party is unavailable at that time, the parties should jointly call Chambers at (212) 805-0286, as soon as practicable, to determine an alternative date and time.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  February 6, 2020
     New York, New York