Pro Se Intake Unit

U.S. District Court SDNY

Room 105

40 Foley Square

New York, NY 10007



My name is Ed Butowsky, and I am writing as representing myself, pro se. In regard to case #18-cv-2223, I am requesting a motion to dismiss on personal jurisdiction grounds be decided. From my understanding, the prior papers and argument still stand, and for some reason, a decision was never rendered.

I apologize for not providing more information, but hopefully, this will be sufficient.

Sincerely,

Ed Butowsky

972 897 0197

