UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOEL RICH and MARY RICH,

                Plaintiffs,

-against-

FOX NEWS NETWORK LLC; MALIA ZIMMERMAN, *in her individual and professional capacities*, and ED BUTOWSKY, *in his individual and professional capacities*,

                Defendants.

------------------------------------x

*Amended*
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18 Civ. 2223 (GBD) (SN)

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: FEB 1 8 2020]

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:

    *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_ Settlement

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

\_\_ Habeas Corpus

\_\_ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    All such motions: ECF Nos. 51, 109

Dated: New York, New York
       February 18, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge