# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

_____

| SUITE 1400 | SUITE 3800 | 32ND FLOOR |
| 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

ELISHA BARRON
DIRECT DIAL (212) 729-2013

E-MAIL EBarron@susmangodfrey.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020

February 24, 2020

VIA ECF

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *Rich v. Fox News Network LLC et al.*, Civ. No. 18-cv-02223

Dear Judge Netburn:

I write on behalf of Plaintiffs Joel and Mary Rich and Defendants Fox News Network LLC and Malia Zimmerman (the "Parties") pursuant to the Court's Order that the parties jointly file, by February 24, 2020, a letter updating the Court as to the status of an ESI protocol. Dkt. 110. The parties have been negotiating search terms and custodians, and we believe we will reach agreement on most issues relating to ESI protocol. However, the parties need a few more days to complete negotiations over search terms. Therefore, the Parties jointly request an extension until February 27, 2020, to file the letter(s) that the Court ordered in Dkt. 110.

Sincerely,

*/s/ EBarron*

---

The parties' request is GRANTED. The parties shall file a joint status letter updating the Court as to the ESI protocol by February 27, 2020. All other deadlines remain.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

February 24, 2020
New York, New York