USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RICH, et al.,

                             **Plaintiffs,**

       -against-

FOX NEWS NETWORK, LLC, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

18-CV-2223 (GBD)(SN)

DISCOVERY CONFERENCE ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    A discovery conference to discuss the issues related to the ESI protocol raised by the parties' email submissions dated February 27, 2020, is scheduled for Tuesday, March 10, 2020, at 4:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 28, 2020
                New York, New York