IH-34                                                                                               Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Rich et al

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 cv 02223 (   )(   )

-against-

Fox News Network, LLC et al

NOTICE OF CHANGE OF ADDRESS

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

BUTOWSKY, EDWARD WAYNE
Name (Last, First, MI)

4965 Preston Park Suite Plano, TX 75093
Blvd 100

Address        City                          State        Zip Code

972 897 0197            sbutowsky@gmail.com
Telephone Number        E-mail Address (if available)

2/19/2020
Date                    Signature

USDC SDNY
DOC[...]
[...]
DOC#:
DATE FILED: 3-5-20

RECEIVED
SDNY PRO SE OFFICE
2020 MAR -5  AM 11: 11

CHAPWOOD INVESTMENTS
4965 Preston Park Blvd. Ste. 100
Plano, Texas 75093

RECEIVED
SDNY PRO SE OFFICE
2020 MAR -5  AM 11: 11

Pro Se Intake Unit
40 Foley Square
Room 105
New York, NY 10007



USM 40LD
SDNY



UNITED STATES POSTAGE
PITNEY BOWES
02  1P
0007162318
$000.50⁰
MAILED FROM ZIP CODE 75093
FEB 19 2020