```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED  3/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOEL RICH, et al.,

                              **Plaintiffs,**                                 18-CV-2223 (GBD)(SN)

         -against-                                              **ORDER**

FOX NEWS NETWORK LLC, et al.,

                             **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On February 18, 2020, the Honorable George B. Daniels referred Defendant Ed Butowsky's Motion to Dismiss (ECF No. 51) to me for a report and recommendation. By letter dated February 12, 2020 (ECF No. 110), Mr. Butowsky indicated his intent to renew that motion following Judge Daniels's memorandum decision and order (ECF No. 69) and the Court of Appeals' decision (ECF No. 72).

      There is a discovery conference scheduled for Tuesday, March 10, 2020, at 4:30 p.m. EDT to address issues related to ESI protocol. At that conference, Plaintiffs and Butowsky should be prepared discussed either party requests permission to file supplemental briefing in connection with Butowsky's motion to dismiss. In addition, the Court the filing under seal of Plaintiffs' February 13, 2020 letter (ECF No. 111). Butowsky is ORDERED to appear at this conference but may do so by telephone. By Monday, March 9, 2020, he must contact the Court to provide a telephone number at which the Court can reach him on March 10, 2020.

**SO ORDERED**.

DATED:     March 6, 2020
              New York, New York

                                                                      _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

cc:         Ed Butowsky (*by email*)

2