UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- X

JOEL RICH and MARY RICH,

        Plaintiffs,

  -against-

FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities,

        Defendants.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- X

INDEX NO. 18-cv-2223 (GBD)

## **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that pursuant to Local Rule 1.4, the undersigned attorney, respectfully moves to withdraw the appearance of Katherine M. Wyman as counsel of record in the above-captioned action for Defendant Malia Zimmerman. Katherine M. Wyman is no longer associated with Dechert LLP and will no longer serve as counsel for the Defendant. Dechert LLP remains counsel of record for Defendant Malia Zimmerman in this matter and the appearances by other Dechert LLP attorneys are unaffected by this request.

    PLEASE TAKE FURTHER NOTICE that Katherine M. Wyman should be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification

- 2 -

list.

| Dated: New York, New York<br>March 10, 2020 | Respectfully submitted,<br><br>DECHERT LLP<br><br>By: ___*/s/ Christine Isaacs*___<br>　　　Christine Isaacs<br>christine.isaacs@dechert.com<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Tel.: (212) 698-3500<br>Fax: (212) 698-3599<br><br>*Attorney for Defendant Malia Zimmerman* |
|---|---|