# EXHIBIT 3

| | |
|---|---|
| **From:** | Ed Butowsky <ebutowsky@gmail.com> |
| **Sent:** | Monday, November 13, 2017 8:30 PM |
| **To:** | Kaplan, Refet <Refet.Kaplan@FOXNEWS.COM> |
| **Subject:** | It is ed butowsky |

I am in nyc Weds and Thursday and wanted to discuss a few things if you had time. Thursday afternoon is best for me.

Sent from my iPad

CONFIDENTIAL                                                                                                        FoxNews0000406

FoxNews0000406