# EXHIBIT 4

```
From: ebutowsky@gmail.com (ebutowsky@gmail.com)
Sent: Tuesday, August 22, 2017 6:38:48 PM
To:    chris.cuomo@turner.com (chris.cuomo@turner.com)
Cc:    jeff.zucker@turner.com (jeff.zucker@turner.com)
Bcc:
Subject:   Re: From Ed Butowsky
```

Chris , any chance you can call me ? 972.897.0197

> On Aug 18, 2017, at 8:06 PM, Ed Butowsky <ebutowsky@gmail.com> wrote:
>
> Chris, just making sure you saw this. I have now copied Mr.Zucker. Just not sure why you wont respond. I have to your assistant slides / text messages that prove everything . As you asked.
> Since my 22 and 19 years old require armed guards as do i ( for some reason my wife has not been threatened ) why cant you be honorable and allow me back on?
> The entire world knows the story is a lie aimed to destroy me and parent of that is due to the reporting from CNN.
> I am in nyc aug 28 to sept 1.. which day works for you ?
> Ask Alyson about me..
>
> Sent from my iPad
>
>> On Aug 10, 2017, at 5:33 PM, ebutowsky@gmail.com wrote:
>>
>> Now that the news  out proving that the lawsuit has no basis in that and is all made up , don't you think it is appropriate to have me on to set the record straight and make clear what happened to me and my family.
>> My reputation has been destroyed on a huge made up fake story by Rod Wheeler and Doug Wigdor that the media went with without even checking.
>> Wheeler even admitted in your interview that he lied but you didn't say anything.
>> Btw, I also have reached out 7 times to you without a response. Please check with your staff.  It relevant because you said on television  I hadn't reached out  to you to provide you proof and I have.
>>
>> My direct line is 972.897.0197.
>> I will wait to hear from you.
>>
>>
>> 972.897.0197

Butowsky 0000981 (Confidential)

Butowsky 0000981