```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 3/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RICH, et al.,

                              **Plaintiffs,**                  18-CV-2223 (GBD)(SN)

       -against-                                           **ORDER**

FOX NEWS NETWORK LLC, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

The Court held a discovery conference on March 10, 2020. For reasons stated on the record at the conference, the Court hereby ORDERS the following:

- By no later than March 17, 2020, Fox News Network LLC ("Defendant") shall file a letter in support of its request that Exhibit 2, attached to Plaintiffs' letter at ECF No. 126, be filed under seal. To the extent Defendant's letter contains information covered by Defendant's request, Defendant may file a redacted version of the letter on the docket and email an unredacted version of the letter to the Court, copying Plaintiffs.

- Plaintiff's response to Defendant's letter will be due March 20, 2020. If necessary, Plaintiff shall file a redacted version of its opposition letter on the docket and email an unredacted version of the letter to the Court, copying Defendant.

- The parties are directed to file a letter jointly updating the Court as to the status of agreements related to ESI discovery protocol by March 31, 2020. If there are outstanding areas of disagreement as to any issues, the parties may file separate letters of no more than 5 pages each by that date. The letters may be filed under seal on the docket if they reference confidential search terms and custodians.

- The parties are directed to file on the docket the letters submitted by email on February 27, 2020. The parties may file the exhibits under seal if appropriate.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 11, 2020
               New York, New York