LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

KATHERINE M. MEEKS
(202) 434-5870
kmeeks@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 12, 2020

<u>Via ECF</u>

Hon. Sarah Netburn
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: <u>Rich v. Fox News Network</u>, LLC, No. 18-cv-2223

Dear Judge Netburn:

  At this week's discovery conference, the Court ordered defendant Fox News Network, LLC to submit a letter no later than March 17, 2020, in support of its position that Exhibit 2 to plaintiffs' letter in opposition to Mr. Butowsky's motion to dismiss (Dkt. No. 126) should be filed under seal. The Court also ordered plaintiffs Joel and Mary Rich to file a reply no later than March 20, 2020.

  Since the conference, Fox has agreed that Exhibit 2 may be publicly filed. Fox News gives that consent without waiver of its right to assert a state or federal newsgathering privilege over other documents in this litigation or any other litigation.

  Accordingly, Fox News believes there is no longer a need for the parties to submit letter briefs concerning whether Exhibit 2 should remain filed under seal.

         Respectfully,

         /s/ Katherine Moran Meeks
         *Counsel for Fox News Network, LLC*

cc: Counsel of record