# EXHIBIT 2

| | |
|---|---|
| **From:** | Napolitano, Andrew P. <fe7e81daa8fe471fae92afc3ee6ce892-napolitano,@exchangelabs.com> |
| **Sent:** | Tuesday, May 23, 2017 7:52 AM |
| **To:** | Ed Butowsky <ebutowsky@gmail.com> |
| **Subject:** | RE: The Death of the Grown-Up | Diana West > Home - A Seth Rich Chronology, Part 1 |

Yes.

I will meet you in the lobby at 8:30.

Call my assistant, 212.301.3610, when you are here.

Andrew P. Napolitano
Senior Judicial Analyst, Fox News Channel
1211 Avenue of the Americas
New York, NY 10036
212.301.3610 (voice)
212.301.5469 (fax)
judgenap@foxnews.com


-----Original Message-----
From: Ed Butowsky [mailto:ebutowsky@gmail.com]
Sent: Tuesday, May 23, 2017 7:49 AM
To: Napolitano, Andrew P. <Andrew.Napolitano@FOXNEWS.COM>
Subject: Re: The Death of the Grown-Up | Diana West > Home - A Seth Rich Chronology, Part 1

I am in on my way over. Can you put me in the system to allow me entrance or can you meet me ? I plan to be in lobby at 8:15 am. You will appreciate what I have .

On 5/23/17, 6:00 AM, "Napolitano, Andrew P." <Andrew.Napolitano@FOXNEWS.COM> wrote:

> Yes.
>
> I am here.
>
> I am unable to open the link below.
>
> Andrew P. Napolitano
> Senior Judicial Analyst, Fox News Channel
> 1211 Avenue of the Americas
> New York, NY 10036
> 212.301.3610 (voice)
> 212.301.5469 (fax)
> judgenap@foxnews.com
>
>
> -----Original Message-----
> From: ebutowsky@gmail.com [mailto:ebutowsky@gmail.com]
> Sent: Tuesday, May 23, 2017 6:50 AM
> To: Napolitano, Andrew P. <Andrew.Napolitano@FOXNEWS.COM>
> Cc: Tom McInerey <tmcinerney@earthlink.net>
> Subject: Re: The Death of the Grown-Up | Diana West > Home - A Seth Rich Chronology, Part 1
>
> Good morning Judge, I have a lot of information that is not known right now in my possession about Seth rich. I will be in the building this morning are you available for me to share this with you?
>
> > On May 23, 2017, at 9:48 AM, Thomas McInerney <tmcinerney@earthlink.net> wrote:
> >
> > Judge
> >
> > More info from Diana West
> >
> > Tom
> >
> >> https://urldefense.proofpoint.com/v2/url?u=http-3A__dianawest.net_Home_tabid_36_EntryId_3559_A-2DSeth-2DRich-2DChronology-2DPar&d=DwIFAg&c=cnx1hdOQtepEQkpermZGwQ&r=bakzuAOX6XC0hw_cFuVd7Ta0k2oYaW7AmOCStgV09YA&m=qWUgu4VQKMjJ46wTu2PKR2lfo8xhBVzKZJscTmUdx44&s=LNZ-4_lNYwF9oe_nJo&e=
> >> t-1.aspx
> >>
> >
> >

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.