LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

JOSEPH M. TERRY
(202) 434-5230
jterry@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 22, 2020

<u>Via ECF</u>

Hon. Sarah Netburn
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Rich v. Fox News Network, LLC*, No. 18-cv-2223, Joint Motion for Entry of <u>Amended Stipulated Confidentiality Agreement and Protective Order</u>

Dear Judge Netburn:

  Defendant Fox News Network, LLC, together with Plaintiffs and Defendant Zimmerman, respectfully request that the protective order in this case be amended to allow for the designation of certain documents as "highly confidential" as set forth in the enclosed proposed Amended Protective Order. A copy of the proposed protective order was provided to *pro se* Defendant Butowsky on April 16. Mr. Butowsky informed me that due to ongoing medical issues he is currently unable to consent or object.

      Respectfully,

      <u>/s/ Joseph M. Terry</u>
      Joseph M. Terry
      *Counsel for Fox News Network, LLC*

cc: Counsel of record