UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>　　　　　Defendants. | Civil Action No. 18-cv-2223 (GBD)(SN)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record:

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Fox News Network, LLC.

Dated:　April 28, 2020

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*S/ Angelica H. Nguyen*
　　　　　　　　　　　　　　　　　　　　　　Angelica H. Nguyen

　　　　　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP
　　　　　　　　　　　　　　　　　　　　　　725 Twelfth Street NW
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005

　　　　　　　　　　　　　　　　　　　　　　650 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 1500
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 434-5000
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 434-5029
　　　　　　　　　　　　　　　　　　　　　　anguyen@wc.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Fox News Network, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2020, I caused to be filed electronically the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*S/ Angelica H. Nguyen*
Angelica H. Nguyen
