USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 8 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOEL RICH and MARY RICH

                              Plaintiffs,

       -against-

FOX NEWS NETWORK, LLC et al.,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

18 Civ. 2223 (GBD)

GEORGE B. DANIELS, United States District Judge:

The request for oral argument by Defendant Fox News Network, LLC and Defendant Malia Zimmerman on their motion to dismiss, (ECF No. 105), is DENIED.

Plaintiff's motion to file under seal portions of their opposition to Defendant Fox News Network, LLC's and Defendant Malia Zimmerman's second motion to dismiss and certain exhibits in support thereof, (ECF No. 118), is GRANTED.

Dated: New York, New York
       June 18, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge