# EXHIBIT G

**From:** Ed Butowsky [ebutowsky@gmail.com]
**Sent:** 2/16/2017 4:44:47 AM
**To:** Housley, Adam [Adam.Housley@FOXNEWS.COM]

# Unrelated News Coverage

*. Seth Rich and Wikileaks's email

Sent from my iPad