AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Rich et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cv-2223 |
| Fox News Network LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Butowsky

Date:     06/26/2020

*Attorney's signature*

Eden P. Quainton EQ2646
*Printed name and bar number*

Quainton Law, PLLC
1001 Avenue of the Americas, 11th Fl.
New York, NY 0018

*Address*

equainton@gmail.com
*E-mail address*

(212) 813-8389
*Telephone number*

(212) 813-8390
*FAX number*