UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RICH, et al.,

                              Plaintiffs,

               -against-

FOX NEWS NETWORK LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

**18-CV-2223 (GBD)(SN)**

**DISCOVERY CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      A telephonic discovery conference to discuss the issues raised by Plaintiffs' June 12, 2020 Letter and June 23, 2020 Letter Motion (ECF Nos. 149, 152), as well as defendant Fox News Network LLC's June 15, 2020 Letter (ECF No. 150), is scheduled for Monday, July 13, 2020, at 11:00 a.m. At that time, all parties should call (877) 402-9757 and enter access code 7938632 #. If Plaintiffs and defendant Fox News Network LLC, are able to resolve the instant dispute without Court intervention, they should update the Court by filing a joint letter as soon as practicable.

      Due to the parties' representation they have resolved the issues raised by Plaintiff's May 22, 2020 Letter Motion, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 145.

**SO ORDERED**.

                                                                _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     July 7, 2020
               New York, New York