IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL AND MARY RICH,<br><br>  Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, and ED BUTOWSKY<br><br>  Defendants | Case No. 1:18-cv-02223 |

## NOTICE OF WITHDRAWAL OF MOTION

Defendant Edward Butowsky respectfully notifies the Court that he is hereby withdrawing his Motion for Protective Order, filed on July 3, 2020 (Dkt. 156). Defendant reserves the right to refile the motion after further meeting and conferring with counsel for Plaintiffs.

Dated: July 12, 2020

> */s/ Eden Quainton*_____
> EDEN P. QUAINTON, ESQ. (SDNY Bar No. EQ2646)
> QUAINTON LAW, PLLC
> 1001 Avenue of the Americas, 11th Floor
> New York, New York 10018
> Telephone: (212) 813-8389
> E-mail: equainton@gmail.com
> *Attorneys for Defendant Edward Butowsky*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 12, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiffs Joel and Mary Rich.

                                      **QUAINTON LAW, PLLC**

                                      */s/ Eden Quainton*
                                      EDEN P. QUAINTON, ESQ.

                                      1001 Avenue of the Americas, 11th Floor
                                      New York, New York 10018
                                      Telephone: (212) 813-8389
                                      E-mail: equainton@gmail.com
                                    *Attorneys for Defendant Edward Butowsky*