```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RICH, et al.,

                              Plaintiffs,            18-CV-2223 (GBD)(SN)

            -against-                                       ORDER

FOX NEWS NETWORK LLC, et al.,

                              Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

For the reasons stated on the record at today's telephonic discovery conference, the relevance and proportionality objections raised by defendant Fox News Network, LLC ("Fox News") (ECF No. 149) are overruled. Fox News shall submit a complete privilege log to plaintiffs concerning the documents for custodians Zimmerman, Housely, and Wilson (see ECF No. 149 at 2) withheld on the basis of an asserted newsgathering privilege by no later than Wednesday, July 15, 2020. By that date, Fox News Network, LLC shall also file a letter of no more than five pages to the Court briefing the basis for its assertion of the newsgathering privilege over the documents for the aforementioned custodians withheld on that basis. Plaintiffs may respond by Monday, July 20, 2020, by letter of no more than five pages. The Court may later request an *in camera* review of certain documents.

In addition, due to defendant Ed Butowsky's withdrawal of the motion for a protective order, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 156.

**SO ORDERED**.

DATED:   July 13, 2020
         New York, New York

SARAH NETBURN
United States Magistrate Judge