# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL RICH AND MARY RICH,

        Plaintiffs,

v.

FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,

        Defendants.

Civil Action No. 18-cv-2223 (GBD)(SN)

### DECLARATION OF MALIA ZIMMERMAN IN SUPPORT OF FOX NEWS NETWORK, LLC'S LETTER MOTION OF JULY 15, 2020

I, Malia Zimmerman, being first duly cautioned, declare as follows:

1. I am a journalist employed at Fox News Network, LLC ("Fox News"). I was so employed at all times relevant hereto.

2. I submit this declaration in support of the above-referenced Letter Motion submitted to this Court by Fox News at the Court's request.

3. In the course of my employment as a journalist at Fox News, I have investigated numerous news stories about matters of concern to the general public. Some of these stories were ultimately published by Fox News, while others were not.

4. While investigating certain news stories, including some related to law enforcement and national security, I relied on Ed Butowsky as a source of background information and leads, and for access to sources that he uncovered. I also relied on him to help verify the accuracy of information I uncovered through other means, based on his network of contacts.

5.  In my experience, Mr. Butowsky had knowledgeable contacts within the military, law enforcement, and intelligence communities. Mr. Butowsky introduced me and my colleague Adam Housley to these contacts so that we could receive information from them related to the stories we were investigating or learn from them potential sources of such information.

6.  Mr. Butowsky also provided Mr. Housley and me with information that he learned from his various contacts, which we would attempt to verify with our other sources.

7.  In some cases, the information these contacts provided to Mr. Butowsky or me was furnished under a promise of confidentiality.

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746. Executed on July 14, 2020.

_____
Malia Zimmerman