# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>           Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>           Defendants. | Civil Action No. 18-cv-2223 (GBD)(SN) |

**DECLARATION OF ADAM HOUSLEY IN SUPPORT OF
FOX NEWS NETWORK, LLC'S LETTER MOTION OF JULY 15, 2020**

I, Adam Housley, being first duly cautioned, declare as follows:

1.      I was employed at Fox News Network, LLC ("Fox News") as a journalist from 2001 through 2018.

2.      I submit this declaration in support of the above-referenced Letter Motion submitted to this Court by Fox News at the Court's request.

3.      In the course of my employment as a journalist at Fox News, I investigated numerous news stories about matters of concern to the general public, including stories relating to national security and foreign affairs. Some of these stories were ultimately published by Fox News, while others were not.

4.      In the course of my investigation, Ed Butowsky at times connected me with sources who provided information relevant to my reporting on topics of public concern. In my experience, these sources trusted Mr. Butowsky and were willing to speak with me at least in part because we were introduced by Mr. Butowsky.

5. Some of these sources provided information on the understanding that it would be treated as confidential and that their names would not be used in a published report. Even if these sources were not willing to be quoted, they provided valuable background and leads that furthered my reporting on matters of public concern.

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746.  Executed on July 15, 2020.

_____
Adam Housley