UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOEL RICH, et al.,

                   **Plaintiffs,**                   18-CV-2223 (GBD)(SN)

        -against-                          **TELEPHONE CONFERENCE ORDER**

FOX NEWS NETWORK LLC, et al.,

                   **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    A conference to discuss the recent letter motions filed by defendant Ed Butowksy and defendant Fox News Network LLC to modify the discovery deadlines in this case (ECF Nos. 164, 166) is scheduled for Tuesday, August 4, 2020, at 4:00 p.m. At that time, the parties shall call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 31, 2020
                 New York, New York