UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL and MARY RICH,                              Case No. 1:18-cv-02223 (GBD)
                                                                    Honorable George B. Daniels

       Plaintiffs,

v.

FOX NEWS NETWORK, LLC,
MALIA ZIMMERMAN, and
EDWARD BUTOWSKY,

       Defendants.

## NOTICE OF MATERIAL MEDICAL DEVELOPMENT

Notice is hereby provided that, as set forth on Exhibit 1 hereto, Defendant Edward Butowsky recently went into cardiac arrest and his life was only saved following 13 minutes of CPR, defibrillation and intubation.

Dated: August 12, 2020

                               */s/ Eden Quainton*_____
                               EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
                               QUAINTON LAW, PLLC
                               1001 Avenue of the Americas, 11th Floor
                               New York, New York 10018
                               Telephone: (212) 813-8389
                               E-mail: equainton@gmail.com
                               *Attorneys for Defendant Edward Butowsky*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 12, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiffs Joel and Mary Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendants Edward Butowsky*

# EXHIBIT 1



North Texas Preferred Health Partners Plano
4708 Dexter Dr Suite 400, Plano, Texas 75093
Phone: 972-993-5050
Fax: 972-993-5051

8/11/2020

To whom it may concern,

Edward Butowsky is currently under my care. On August 4th, 2020 while the patient was hospitalized for an upcoming hip replacement, the patient was found to be unresponsive and in sudden cardiac arrest and subsequently a code blue was triggered. Advanced cardiac life support measures were enacted which included 13 minutes of CPR, defibrillation, and intubation.  He remained in the ICU for an additional 2 days and then was transferred to telemetry for an additional 2 days thereafter. If you still require any additional information, please do not hesitate to call or fax at the number above.

Sincerely,

Christina Kuo