SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 1400 | SUITE 3800 |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

ELISHA BARRON
DIRECT DIAL (212) 729-2013

E-MAIL EBARRON@SUSMANGODFREY.COM

May 14, 2020

Via E-Mail

The Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:    *Rich v. Fox News Network LLC, et al.*, No. 18-cv-2223

Dear Judge Netburn:

Fox's May 11, 2020, letter wrongly asserts that Plaintiffs failed to properly serve Ed Butowsky,[1] improperly advances new legal arguments on Butowsky's behalf, rehashes what was already briefed, and offers new evidence that raises more questions than it answers (confirming that factual issues require that the motions be denied). Plaintiffs will not respond further on the merits unless the Court requests it.

Sincerely,

Elisha Barron
*Counsel for Joel & Mary Rich*

---

[1] Fox's (as yet unexplained) decision to designate as "Highly Confidential" two documents—reflecting Mr. Butowsky's travel to Fox's New York office to bolster the Fox/Zimmerman Article—prevented Plaintiffs from serving Mr. Butowsky with an unredacted letter and one exhibit without Fox's consent, as Fox acknowledges. Plaintiffs sought Fox's consent on May 6, the same day Plaintiffs filed their letter, and served Mr. Butowsky on May 7, minutes after receiving Fox's consent.