# EXHIBIT E

| | |
|---|---|
| **From:** | ed butowsky [edbutowsky@icloud.com] |
| **Sent:** | 3/4/2017 3:08:30 PM |
| **To:** | Zimmerman, Malia McLaughlin [Malia.Zimmerman@FOXNEWS.COM] |
| **Subject:** | Unrelated News Coverage |

Good morning. So so so much going on related to Seth rich. Please call me

HIGHLY CONFIDENTIAL                                                                                          FoxNews0004049