# EXHIBIT H

**From**: Rod wheeler [rod@rodwheeler.com]
**Sent**: 5/12/2017 3:29:26 PM
**To**: Zimmerman, Malia McLaughlin [Malia.Zimmerman@FOXNEWS.COM]
**CC**: Rod wheeler [rod@rodwheeler.com]
**Subject**: Late call from Det. DellaCamera

Hi Malia. Thanks for sharing the draft of the article.

I actually received a call yesterday afternoon late, (after you and I spoke on the phone) from Det. DellaCamera. He is willing to meet with [Confidential Source] and myself again on Monday. I explained to him that the House Intelligence Investigators may can assist him with the investigation of Seth's death, but he need to be forthright in informing them of what he has regarding case details and especially the emails. He said he will meet with them and me on Monday.

I have reached out to ED and [Confidential Source] to confirm a time for Monday but I haven't heard back yet from [Confidential Source]. I think we are on the verge of a breakthrough with getting the specific information we need.

On another note, would you mind if I share with Suzanne at FNC-NY the fact that we are working together on an investigation? (I plan to use Adam as a reference as well……if this is okay with you guys)  Im thinking it may help my chance to come aboard permanently with Fox. Let me know if okay.

Just FYI!!

Rod

HIGHLY CONFIDENTIAL                                                                                                                    FoxNews0004022