# EXHIBIT K

# Re: story

| | |
|---|---|
| From: ed butowsky <ebutowsky@gmail.com> | Fri, Jun 9, 2017 at 4:01 PM CDT (GMT-05:00) |
| To: Greg Wilson <gregtwilson@optimum.net> | |

Thank you and I agree.


On 6/9/17, 3:27 PM, "Greg Wilson" <gregtwilson@optimum.net> wrote:

>Ed, this is the last version before we altered it to lead with the
>family's reaction. This has been purged from our system, but I still had
>it in an email.
>
>
>I hope all is well, and am sorry about how things worked out. I still
>believe we will be vindicated.
>
>
>---------------------------
>
>
>
>
>The Democratic National Committee staffer who was gunned down on July 10
>on a Washington, D.C., street just steps from his home had leaked
>thousands of internal emails to WikiLeaks, investigative sources told
>Fox News.
>
>
>
>A federal investigator who reviewed an FBI forensic report -- generated
>within 96 hours after DNC staffer Seth Rich's murder and detailing the
>contents Rich's computer -- said he made contact with WikiLeaks through
>Gavin MacFadyen, a now-deceased American investigative reporter,
>documentary filmmaker, and director of WikiLeaks who was living in
>London at the time.
>
>
>
>"I have seen and read the emails between Seth Rich and WikiLeaks," the
>federal investigator told Fox News, confirming the MacFadyen connection.
>He said the emails are in possession of the FBI, while the stalled case
>is in the hands of the Washington Police Department.
>
>
>
>The revelation is consistent with the findings of Rod Wheeler, a former
>DC homicide detective and Fox News contributor and whose private
>investigation firm was hired by Rich's family to probe the case. Rich
>was shot from behind in the wee hours, but was not robbed.
>
>
>
>"My investigation up to this point shows there was some degree of email
>exchange between Seth Rich and WikiLeaks," Wheeler said. "I do believe
>that the answers to who murdered Seth Rich sits on his computer on a
>shelf at the DC police or FBI headquarters."

confidential
BUTOWSKY0003142

>
>
>
>The federal investigator, who requested anonymity, said 44,053 emails
>and 17,761 attachments between Democratic National Committee leaders,
>spanning from January 2015 through late May 2016, were transferred from
>Rich to MacFadyen before May 21.
>
>
>
>On July 22, just 12 days after Rich was killed, WikiLeaks published
>internal DNC emails that appeared to show top party officials conspired
>to stop Sen. Bernie Sanders of Vermont from becoming the party's
>presidential nominee. That controversy resulted in Debbie Wasserman
>Schultz resigning as DNC chairperson. A number of Sanders supporters
>refused to back party nominee Hillary Clinton, and some subsequently
>formed groups to work against Clinton and the party.
>
>
>
>WikiLeaks leader Julian Assange has stopped short of identifying Rich as
>the source of the emails, but has taken a keen interest in the case, and
>has not denied working with Rich.
>
>
>
>"WikiLeaks has decided to issue a US$20k reward for information leading
>to conviction for the murder of DNC staffer Seth Rich," the organization
>announced.
>
>
>
>Washington's Metropolitan Police Department has no suspects and no
>substantial leads as to who the killer or killers may be, sources close
>to the investigation said. Metropolitan Police, including the police
>chief, have refused to discuss the case, despite requests from Fox News
>dating back 10 months. The FBI's national office declined to comment,
>but sources said the bureau provided cyber expertise to examine Rich's
>computer.
>
>
>
>Wheeler believes powerful forces are preventing the case from a thorough
>investigation.
>
>
>
>"My investigation shows someone within the D.C. government, Democratic
>National Committee or Clinton team is blocking the murder investigation
>from going forward," Wheeler told Fox News. "That is unfortunate. Seth
>Rich's murder is unsolved as a result of that."
>
>
>
>A spokesman for the Rich family said Wheeler was not authorized to speak
>for the family and called assertions Seth Rich sent emails to WikiLeaks
>"unsubstantiated." Brad Bauman said even if purported emails were to
>surface, it would not necessarily mean Rich had helped WikiLeaks.
>
>
>
>"Even if tomorrow, an email was found, it is not a high enough bar of
>evidence to prove any interactions as emails can be altered and we've

confidential
BUTOWSKY0003143

>seen that those interested in pushing conspiracies will stop at nothing
>to do so," Bauman said. "We are a family who is committed to facts, not
>fake evidence that surfaces every few months to fill the void and
>distract law enforcement and the general public from finding Seth's
>murderers."
>
>
>
>Whatever Rich's possible activities prior to his murder, the case
>remains a mystery.
>
>
>
>Two assailants caught on a grainy video tape from a camera posted
>outside a grocery mart, shot Rich twice in his back, but did not take
>his wallet, cell phone, keys, watch or necklace worth about $2,000.
>
>Police should consider all angles, Wheeler said, especially in light of
>Assange's statements to a Dutch television reporter who asked about
>Rich.
>
>
>
>"I am suggesting," Assange told the Dutch reporter, "that our sources
>take risks, and they, they become concerned to see things occurring like
>that."
>
>
>
>On Twitter, WikiLeaks announced the reward but said Assange's statement
>"should not be taken to imply that Seth Rich was a source for WikiLeaks
>or to imply that his murder is connected to our publications" because
>WikiLeaks has a policy not to release the names of its sources, even
>after their death. In subsequent appearances on Fox News Channel,
>Assange confirmed, "We're interested in anything that might be a threat
>to alleged WikiLeaks sources."
>
>
>
>Assange has not returned a series of recent emails from Fox News about
>Rich. MacFadyen, who was considered a mentor by Assange, died of lung
>cancer on Oct. 22 at age 76.
>
>
>
>D.C. police have announced a $25,000 reward for information leading to
>the conviction of Rich's killer. Republican lobbyist Jack Burkman has
>offered a separate $130,000 reward.
>
>
>
>Rich had been at Lou's City Bar a couple of miles from his home until
>about 1:15 a.m. He walked home, calling several people along the way. He
>called his father, Joel Rich, who he missed because he had gone to
>sleep. He talked with a fraternity brother and his girlfriend, Kelsey
>Mulka. Around 4:17 a.m., Rich was about a block from his home when
>Mulka, still on the phone with him, heard voices in the background. Rich
>reassured her that he was steps away from being at his front door and
>hung up.
>
>
>
>Two minutes later, Rich was shot twice. Police were on the scene within

>three minutes. Rich sustained bruising on his hands and face. He
>remained conscious, but died at a nearby hospital less than two hours
>later. Police detectives will not say whether Rich provided them with
>any clues about the identity of his attackers or their motivation,
>Wheeler said. However, Wheeler believes Rich could have provided
>information prior to his death of who was responsible for carrying out
>his murder.
>
>
>
>Police also have refused to release security footage from a market on
>the corner of the crosswalk where Rich was killed. The footage, sources
>told Fox News, shows two people following Rich across the tiny crosswalk
>just moments before he was attacked. The camera captured grainy footage
>of the assailants' legs and Rich as he fell backward into the street
>after being shot.

confidential

BUTOWSKY0003145