# EXHIBIT B

| | |
|---|---|
| From: | Giuliano, Jaclyn [Jaclyn.giuliano@FOXNEWS.COM] |
| Sent: | 5/24/2017 4:31:55 PM |
| To: | Jensen, Jessica [Jessica.Jensen@FOXNEWS.COM]; Cronin, Caley [Caley.Cronin@foxbusiness.com]; Briganti, Irena [Irena.Briganti@FOXNEWS.COM]; McGoldrick, Kelly [kelly.mcgoldrick@FOXNEWS.COM]; 100 -Media Relations [mediarelations@FOXNEWS.COM] |
| Subject: | RE: Buzzfeed/Ed Butowsky |

Thanks — I sent the brainroom and having them confirm

**From:** Jensen, Jessica
**Sent:** Wednesday, May 24, 2017 12:31 PM
**To:** Cronin, Caley <Caley.Cronin@foxbusiness.com>; Briganti, Irena <Irena.Briganti@FOXNEWS.COM>; Giuliano, Jaclyn <Jaclyn.giuliano@FOXNEWS.COM>; McGoldrick, Kelly <kelly.mcgoldrick@FOXNEWS.COM>; 100 -Media Relations <mediarelations@FOXNEWS.COM>
**Subject:** RE: Buzzfeed/Ed Butowsky

He hasn't been on often recently, but has been on the channel more than 200 times since 2009 according to guest archive. Most recent being March 1, 2017. Here are the most recent 73 appearances

3. 03/1/2017 - ED BUTOWSKY, CHAPWOOD INVESTMENTS - FBN VARNEY
4. 01/14/2017 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
5. 12/31/2016 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
6. 12/10/2016 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
7. 08/19/2015 - ED BUTOWSKY, CHAPWOOD INVESTMENTS - FRIENDS
8. 03/02/2015 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - HAPPENING NOW
9. 02/28/2015 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
10. 02/21/2015 - ED BUTOWSKY, CHAPWOOD INVESTMENTS - WEEKLV
11. 01/31/2015 - ED BUTOWSKY, - WEEKLV
12. 01/21/2015 - ED BUTOWSKY, Wealth Management Expert, Chapwood Investments - FBN VARNEY
13. 01/04/2015 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
14. 01/02/2015 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - AMERICAS NEWSROOM
15. 12/29/2014 - ED BUTOWSKY, MANAGING PARTNER CHAPWOOD INVESTMENTS - AMERICAS NEWSROOM
16. 12/26/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - AMERICAS NEWSROOM
17. 12/25/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - ANHQ
18. 12/13/2014 - ED BUTOWSKY, MANAGING PARTNER AT CHAPWOOD INVESTMENTS - FNL
19. 11/27/2014 - ED BUTOWSKY, - AMERICAS NEWSROOM
20. 11/15/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
21. 11/06/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - AMERICAS NEWSROOM
22. 10/04/2014 - ED BUTOWSKY, PARTNER, CHAPWOOD INVESTMENTS - FNL

23. 09/20/2014 - ED BUTOWSKY, PARTNER, CHAPWOOD INVESTMENTS - FNL
24. 08/29/2014 - ED BUTOWSKY, - REAL STORY
25. 08/16/2014 - ED BUTOWSKY, PARTNER, CHAPWOOD INVESTMENTS - FNL
26. 08/14/2014 - ED BUTOWSKY, Chapwood Investments - FBN Varney
27. 08/02/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
28. 07/05/2014 - ED BUTOWSKY, PARTNER, CHAPWOOD INVESTMENTS - FNL
29. 06/27/2014 - ED BUTOWSKY, - REAL STORY
30. 04/25/2014 - ED BUTOWSKY, PARTNER, CHAPWOOD INVESTMENTS - ANHQ
31. 04/19/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
32. 03/29/2014 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
33. 03/22/2014 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
34. 03/01/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
35. 02/01/2014 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
36. 02/01/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
37. 01/11/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
38. 01/10/2014 - ED BUTOWSKY, MANAGING PARTNER CHAPWOOD INVESTMENTS - ANHQ
39. 01/03/2014 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD CAPITAL INVESTMENT MANAGEMENT - ANHQ
40. 12/27/2013 - ED BUTOWSKY, - ANHQ
41. 12/26/2013 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD CAPITAL INVESTMENT MANAGEMENT // CREATOR, CHAPWOOD PORTFOLIO INVESTMENT (CHIP) SCORE - AMERICAS NEWSROOM
42. 12/24/2013 - ed butowsky, - anhq
43. 12/14/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
44. 11/29/2013 - ED BUTOWSKY, - AMERICAS NEWSROOM
45. 11/28/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENT - AMERICAS NEWSROOM
46. 11/23/2013 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
47. 11/02/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
48. 10/05/2013 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
49. 10/02/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD CAPITAL INVESTMENT MANAGEMENT // CREATOR, CHAPWOOD PORTFOLIO INVESTMENT (CHIP) SCORE - AMERICAS NEWSROOM
50. 09/21/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
51. 09/02/2013 - ED BUTOWSKY, CHAPWOOD INVESTMENTS - AMERICA LIVE
52. 09/01/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
53. 08/31/2013 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
54. 08/24/2013 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
55. 08/17/2013 - ED BUTOWSKY, MANAGINF PARTNER, CHAPWOOD INVESTMENTS - FNL
56. 07/29/2013 - ED BUTOWSKY, - FRIENDS
57. 07/20/2013 - ED BUTOWSKY, MANAGINF PARTNER, CHAPWOOD INVESTMENTS - FNL
58. 07/19/2013 - ED BUTOWSKY, MANAGING PARTNER OF CHAPWOOD INVESTMENTS AND FOUNDER OF 720 INVESTOR. COM - AMERICAS NEWSROOM

CONFIDENTIAL                                                                                                    FoxNews0050657

59. 07/06/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
60. 06/29/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - CANCELED
61. 06/22/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
62. 05/16/2013 - ED BUTOWSKY, Chapwood Investments - FBN VARNEY
63. 05/11/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
64. 04/27/2013 - ED BUTOWSKY, MANAGING PARNTER, CHAPWOOD INVESTMENTS - FNL
65. 04/27/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
66. 04/21/2013 - ED BUTOWSKY , MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
67. 04/20/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
68. 04/06/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
69. 03/30/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
70. 03/09/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
71. 02/16/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
72. 02/04/2013 - ED BUTOWSKY, MANAGING PARTNER CHAPWOOD INVESTMENTS - FRIENDS
73. 01/26/2013 - ED BUTOWSKY, MANAGING PARTNER, CHAPWOOD INVESTMENTS - FNL
74. 01/17/2013 - Ed Butowsky, Financial Consultant - Studio B
75. 01/16/2013 - Ed Butowsky, Financial Consultant - Studio B

---

**From:** Cronin, Caley
**Sent:** Wednesday, May 24, 2017 12:30 PM
**To:** Briganti, Irena; Jensen, Jessica; Giuliano, Jaclyn; McGoldrick, Kelly; 100 -Media Relations
**Subject:** RE: Buzzfeed/Ed Butowsky

He's on FBN a lot. I can get the last times from Gary.

---

**From:** Briganti, Irena
**Sent:** Wednesday, May 24, 2017 12:29 PM
**To:** Jensen, Jessica; Giuliano, Jaclyn; McGoldrick, Kelly; 100 -Media Relations
**Subject:** RE: Buzzfeed/Ed Butowsky

Thanks – but Suzanne is saying he's never on FNC. Jackie, can you please work with the brainroom to see the last time he appeared on FNC? thanks.

I got to Brian Jones about not booking him on FBN.

---

**From:** Jensen, Jessica
**Sent:** Wednesday, May 24, 2017 12:28 PM
**To:** Briganti, Irena; Giuliano, Jaclyn; McGoldrick, Kelly; 100 -Media Relations
**Subject:** RE: Buzzfeed/Ed Butowsky

Changed

frequent Fox News guest

---

**From:** Jensen, Jessica
**Sent:** Wednesday, May 24, 2017 12:18 PM
**To:** Briganti, Irena; Giuliano, Jaclyn; McGoldrick, Kelly; 100 -Media Relations
**Subject:** RE: Buzzfeed/Ed Butowsky

Will handle – can't believe this was done outside Del Frisco's "while he was feeding pigeons"

---

**From:** Briganti, Irena
**Sent:** Wednesday, May 24, 2017 12:16 PM
**To:** Giuliano, Jaclyn; McGoldrick, Kelly; 100 -Media Relations
**Subject:** RE: Buzzfeed/Ed Butowsky

Jess – please get it corrected, he is not a Fox News contributor. That needs to be corrected wherever it's mentioned. Thank you.

---

**From:** Giuliano, Jaclyn
**Sent:** Wednesday, May 24, 2017 12:15 PM
**To:** McGoldrick, Kelly; 100 -Media Relations
**Subject:** RE: Buzzfeed/Ed Butowsky

Flagging they tag Butowsky as a contrib

Also, interview took place yesterday outside Del Frisco's


In an interview Tuesday outside Del Frisco's Steakhouse in Manhattan, where he was feeding pigeons, Butowsky told BuzzFeed News that he had never discussed the Rich case with Bannon, and qualified their friendship as warm but not close.

---

**From:** McGoldrick, Kelly
**Sent:** Wednesday, May 24, 2017 12:09 PM
**To:** 100 -Media Relations <mediarelations@FOXNEWS.COM>
**Subject:** Buzzfeed/Ed Butowsky

# The Man Behind The Seth Rich Private Investigation Has A White House Connection

The Rich family is "shocked" that Ed Butowsky is linked to Steve Bannon and the Mercer family.

Posted on May 24, 2017, at 12:06 p.m.

https://www.buzzfeed.com/josephbernstein/the-man-behind-the-seth-rich-private-investigation-has-a?utm_term=hiYoW23b0#.ilp8r4dOm


    Joseph Bernstein
BuzzFeed News Reporter

Case 1:18-cv-02223-GBD-SN   Document 187-2   Filed 08/25/20   Page 6 of 7



*Facebook*

Ed Butowsky, the Dallas wealth manager and Fox News contributor who facilitated a private investigation into the murder of Seth Rich, is friends with and serves on the board of an organization started by White House Chief Strategist Steve Bannon.

"I consider him a friend and a very nice man," Butowsky told BuzzFeed News of Bannon.

According to his website, Butowsky "serves as a Board Member for Reclaim New York, a non-partisan, non-profit think tank dedicated to advancing a grassroots conversation about the future of New York." Per tax filings, Bannon is Reclaim's vice chairman. (The group's secretary and treasurer are Jennifer and Rebekah Mercer, the powerful daughters of right-wing moneyman and Trump champion Robert Mercer.)

In addition to Reclaim, Butowsky and Bannon know each other through Breitbart News, of which Bannon was executive chairman and to which Butowsky has contributed articles. In 2015, Bannon interviewed Butowsky for a Breitbart radio program.

Both Butowsky and a White House official deny speaking about Seth Rich.

Over the past week the Rich story has captivated conservative media, following a Fox News report that linked the murder of the 27-year-old Democratic National Committee Staff member with email hacks of the DNC that may have helped then-candidate Trump in his campaign against Hillary Clinton. Such a finding would contradict the view, widely held in the intelligence community, that Russian intelligence was behind the theft — a key point for those

CONFIDENTIAL                                                                                                                                     FoxNews0050660

who believe there was an improper relationship between the Trump campaign and the Russian government.

Fox's report — a <u>conspiracy theory with no corroborating evidence</u> — was based on an interview with a private investigator, Rod Wheeler, who Butowsky introduced to the Rich family and offered to pay for. (Fox News yesterday retracted its story.) The Rich-as-leaker narrative's rise is the clearest example yet of the way an insurgent pro-Trump media has been able to push dubious stories beneficial to the administration into the limelight.

And the news that their benefactor has ties to a key figure in the administration — and the godfather of the pro-Trump media — has left the Rich family stunned.

"The family is in shock to learn that Ed Butowsky is both friends with and served on a board with Steve Bannon," Brad Bauman, a spokesman for the Rich family, told BuzzFeed News Wednesday. "We are very much trying not to rush to judgment in order to allow this story to develop."

Bannon declined to comment for the story.

Butowsky has long said that he heard about the Rich case from a friend, though he can't remember whom, and that he was motivated to connect the Rich family with Wheeler because he was moved by their story.

In an interview Tuesday outside Del Frisco's Steakhouse in Manhattan, where he was feeding pigeons, Butowsky told BuzzFeed News that he had never discussed the Rich case with Bannon, and qualified their friendship as warm but not close.

"It's not like I have a Steve Bannon teddy bear," he said. "I've never eaten a meal with the guy."

A photograph on Butowsky's Facebook page shows him in the White House briefing room on March 22. Butowsky did not comment on the record why he was at the White House, but did clarify that he had not met with any White House officials.

Butowsky added that his association with Reclaim was distant and purely based on his wealth management expertise.

"Am I really on the board?" Butowsky asked when informed that his website claimed he was on the board. "I've never been to a board meeting."

Prior to his career as a wealth manager — his clients include a number of athletes and celebrities — Butowsky worked for nearly two decades at Morgan Stanley, where, according to his LinkedIn, he ran one of the highest earning teams at the firm.