USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED  9/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RICH, et al.,

                        Plaintiffs,                     18-CV-2223 (GBD)(SN)

      -against-                          **TELEPHONE CONFERENCE**
                                                         **ORDER**

FOX NEWS NETWORK LLC, et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       The Court approves the interim discovery deadlines set forth by the parties' August 7, 2020 Letter as to all parties except defendant Ed Butowsky. A conference to discuss the status of discovery as to Butowsky, including interim discovery deadlines as well as the issues raised by Plaintiffs' September 1, 2020 Letter, is scheduled for Friday, September 11, 2020, at 11:30 a.m. At that time, the parties shall call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 3, 2020
                 New York, New York