USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  9/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RICH, et al.,

                                Plaintiffs,                                  18-CV-2223 (GBD)(SN)

                -against-                                                **ORDER**

FOX NEWS NETWORK LLC, et al.,

                               Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      By Order dated July 29, 2020, the Court directed the parties to (1) publicly file on ECF certain documents that were previously filed under seal or emailed to the Court, or (2) to move to file those documents under seal. ECF No. 168. Two issues remain outstanding with respect to that Order.

      First, the Court GRANTS the application by defendant Fox News Network LLC ("Fox News") to file several letters and exhibits with redactions and to maintain certain exhibits under seal. Accordingly, the parties are ordered to immediately file the letters and respective exhibits covered by that application under seal and or with redactions as proposed. Fox News is also directed to file a copy of its letter application on the public docket immediately.

      Second, on July 29, 2020, Plaintiffs emailed an additional letter to the Court. Plaintiffs wrote:

> "Plaintiffs file this letter pursuant to the Court's Rule I.A because documents referenced are designated confidential by Defendants. Plaintiffs disagree that these documents warrant confidential treatment and will file this letter and exhibits publicly pursuant to the Court's Order at Dkt. 168 at the earliest opportunity."

Plaintiffs have not filed the July 29, 2020 letter and its exhibits on the public docket and are ordered to do so immediately.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 9, 2020
         New York, New York