SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3800 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Elisha Barron
Direct Dial (212) 729-2013

E-Mail EBarron@susmangodfrey.com

September 10, 2020

Via ECF

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *Rich v. Fox News Network LLC et al.*, No. 18-cv-2223

Dear Judge Netburn:

This letter responds to Fox's letter of today, of which Plaintiffs received no notice, seemingly urging yet another extension of the schedule. Counsel for Plaintiffs, Fox, and Malia Zimmerman had an **hour-long** meet and confer yesterday regarding scheduling, during which Fox gave no indication that it intended to make a submission to the Court in advance of the hearing tomorrow regarding Defendant Butowsky's scheduling issues. The letter is without merit for two reasons.

**Mr. Butowsky said he will comply with the overall schedule.** Plaintiffs' counsel met and conferred with Mr. Butowsky's counsel today in preparation for tomorrow's conference. Mr. Quainton confirmed what he represented in the joint letter to the Court (Dkt. 175) – that he believes Mr. Butowsky can adhere to the overall discovery deadline of December 31, 2020, just not necessarily the *interim* deadlines. Indeed, as counsel intended to inform the Court tomorrow, Mr. Butowsky today agreed to the following deadlines regarding document discovery:

- By September 15, 2020, Mr. Butowsky will provide a declaration regarding the destruction of some of Mr. Butowsky's data;

- By September 16, 2020, Mr. Butowsky will provide redacted versions of the AT&T phone records that were the subject of a now-resolved motion for protective order; and

September 10, 2020
Page 2

- By September 17, 2020, Mr. Butowsky will produce the documents that were originally to be produced by August 4, 2020 (before Mr. Butowsky's health incident).

Therefore, the issues raised in Plaintiffs September 1, 2020, letter (Dkt. 189) are resolved.

In addition, Mr. Butowsky's counsel stated that Mr. Butowsky can be deposed on October 27, 28, or 29, 2020 – dates that are within the interim deadlines and work for Plaintiffs' counsel. It is *Fox's* counsel who stated, as a blanket matter and without explanation, that that entire week does not work. Fox has a large team of lawyers. Although several other depositions have been scheduled for that week, including Joel and Mary Rich, and defendant Malia Zimmerman, Plaintiffs submit that some of those depositions can be moved (there are two relatively open weeks in October) if need be.

Finally, Mr. Butowsky's counsel today reiterated that he believed he could comply with the interim expert deadlines.

**There is no barrier to completing depositions timely.** Fox's suggestion that Plaintiffs are impairing the timely completion of depositions is unwarranted. The reference to September 18 is irrelevant – the Court, at Fox's request, vacated that deadline. Plaintiffs asked to move two Fox depositions and Rod Wheeler's deposition to after September 22 in light of Mr. Butowsky's delayed document production. Those depositions have now been scheduled.

As for Fox's suggestion that Plaintiffs misrepresented the number of Fox depositions they intended to take, that, too, is an unfair characterization. Plaintiffs have noticed **ten** depositions of current Fox News employees (including Zimmerman, a defendant), and a 30(b)(6) deposition (see table below, Fox News employees are in **bold**). Fox's counsel said yesterday that they would refuse to allow one of those employees (Laura Ingraham) to be deposed, and declined to offer dates within the interim deadlines for the 30(b)(6) deposition. Every single other Fox News employee has been scheduled (see table, below). Plaintiffs agreed, **at Fox's request,** that two of those depositions – Jay Wallace and Irena Briganti – can take place in November. Three of the proposed Fox News depositions will take, at most, half a day, and Plaintiffs said yesterday that they would be willing to agree to that in writing.

As for five former Fox employees and contributors Plaintiffs have subpoenaed, Fox cannot refuse (as it has) to take responsibility for its contributors and former employees on one hand, and claim them as employees for purposes of deposition numbers on the other. Again, three of these individuals will take only half a day, and there is ample time to schedule their depositions. As for former employee Adam Housley, his deposition has been scheduled – again at Fox's request, although Mr. Housley has his own counsel – for early November.

September 10, 2020
Page 3

| Deponent | Date | Affiliation | Noticed By | Est. Length |
|---|---|---|---|---|
| **Greg Wilson** | **9/22** | **Fox News** | **Plaintiffs** | |
| **Bill Sammon** | **9/25** | **Fox News** | **Plaintiffs** | |
| **Tom Lowell** | **10/2** | **Fox News** | **Plaintiffs** | |
| **Lou Dobbs** | **10/7** | **Fox News** | **Plaintiffs** | ½ day |
| Rod Wheeler | 10/13 | Wheeler | Fox/Plaintiffs | |
| **Refet Kaplan** | **10/16** | **Fox News** | **Plaintiffs** | |
| **Malia Zimmerman** | **10/26** | **Fox News/Defendant** | **Plaintiffs** | |
| Ed Butowsky deposition | 10/27, 28, 29 | Defendant | Plaintiffs | |
| Joel and Mary Rich | 10/29-10/30 | Plaintiff | Fox | |
| **Sean Hannity** | **10/30** | **Fox News** | **Plaintiffs** | ½ day |
| Adam Housley | 11/4** | Former Fox News | Plaintiffs | |
| **Jay Wallace** | **11/10** | **Fox News** | **Plaintiffs** | |
| **Irena Briganti deposition** | **11/13** | **Fox News** | **Plaintiffs** | |
| **Fox 30(b)(6) deposition** | **TBD** | **Fox News** | **Plaintiffs** | |
| **Laura Ingraham** | **TBD** | **Fox News** | **Plaintiffs** | ½ day |
| Ken LaCorte | TBD | Former Fox News | Plaintiffs | |
| Newt Gingrich | TBD | Fox News contributor | Plaintiffs | ½ day |
| Tom McInerney | TBD | Former Fox News contributor | Plaintiffs | ½ day |
| Andrew Napolitano | TBD | Fox News contributor | Plaintiffs | ½ day |
| Jack Abernethy | TBD | Fox Television | Plaintiffs | |

September 10, 2020
Page 4

| Brad Bauman | TBD | Plaintiffs' former PR | Fox | |
|---|---|---|---|---|
| Dr. Andrew Gard | TBD | Plaintiffs' doctor | Fox | |
| Dr. Robert Atherton | TBD | Plaintiffs' doctor | Fox | |

   Plaintiffs have been, and remain, willing to make accommodations to the interim deadlines for specific witnesses and, had Fox suggested altering interim deadlines instead of going to the Court, Plaintiffs could have considered the proposal proposal. There is no reason that the parties cannot comply with the current interim deadlines, much less with the December 31, 2020, deadline. To further delay the deadlines at this time would be prejudicial to Joel and Mary Rich, and unnecessary.

Respectfully,

Elisha Barron
*Counsel for Joel & Mary Rich*