UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JOEL RICH and MARY RICH,                              :    Civil Action No. 1:18-cv-02223-GBD-
                                                      :    SN
                Plaintiffs,                    :
                                                      :    **MOTION FOR ADMISSION PRO**
             v.                                   :    **HAC VICE OF LINDSEY**
                                                      :    **GODFREY ECCLES**
FOX NEWS NETWORK, LLC, MALIA                          :
ZIMMERMAN in her individual and professional          :
capacities, and ED BUTOWSKY, in his individual        :
and professional capacities,                          :
                                                      :
                Defendants.                    :
------------------------------------------------------------ X

     Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lindsey Godfrey Eccles, hereby move this Court for an order for admission to practice pro hac vice to appear as counsel for plaintiffs Joel and Mary Rich, in the above-captioned case.

     I am a member in good standing of the Washington bar, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 11, 2020               Respectfully submitted,

                By:     */s/ Lindsey Godfrey Eccles*
                          Lindsey Godfrey Eccles
                          SUSMAN GODFREY L.L.P.
                          1201 Third Avenue, Suite 3800
                          Seattle, WA 98101
                          Telephone: (206) 516-3880
                          leccles@susmangodfrey.com

                          *Attorney for Plaintiffs Joel and Mary Rich*

## **CERTIFICATE OF SERVICE**

I hereby certify this 11th day of September, 2020, that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

*s/ Lindsey Godfrey Eccles*_____
Lindsey Godfrey Eccles

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOEL RICH and MARY RICH, | Civil Action No. 1:18-cv-02223-GBD-SN |
| Plaintiffs, | |
| v. | |
| FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN in her individual and professional capacities, and ED BUTOWSKY, in his individual and professional capacities, | |
| Defendants. | |

**AFFIDAVIT OF LINDSEY GODFREY ECCLES
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

I, Lindsey Godfrey Eccles, being first duly cautioned, swear or affirm as follows:

1. I am a partner at Susman Godfrey LLP, 1201 Third Avenue, Suite 3800, Seattle, Washington 98101.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. I was admitted to practice law in Washington on June 3, 2003. I am a member in good standing of the Washington State Bar (Bar No. 33566).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

DATED this 10th day of September 2020.

*/s/ Lindsey Godfrey Eccles*
Lindsey Godfrey Eccles

1

Sworn to before me and subscribed in my presence
September 10, 2020

_____
Jami Grounds, Notary Public

My commission expires: 4/12/22

[Notary seal: JAMI GROUNDS, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 4-12-22]

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 33566 |
| OF | ) | **CERTIFICATE** |
| LINDSEY GODFREY ECCLES | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**LINDSEY GODFREY ECCLES**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 3, 2003, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 10th day of September, 2020.

_____
Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
JOEL RICH and MARY RICH, : Civil Action No. 1:18-cv-02223-GBD-SN
:
      Plaintiffs, :
:
  v. : **ORDER FOR ADMISSION OF**
: **LINDSEY GODFREY ECCLES**
FOX NEWS NETWORK, LLC, MALIA : **PRO HAC VICE**
ZIMMERMAN in her individual and professional :
capacities, and ED BUTOWSKY, in his individual :
and professional capacities, :
:
      Defendants. :
------------------------------------------------------------------ X

  The motion of Lindsey Godfrey Eccles for admission to practice *pro hac vice* in the above captioned action is granted.

  Applicant has declared that she is a member in good standing of the Washington bar, and that her contact information is as follows:

Lindsey Godfrey Eccles
Susman Godfrey LLP
1210 Third Ave, Suite 3800
Seattle, WA 98101
leccles@susmangodfrey.com
Phone: (206) 516-3880
Fax:(206) 516-3883

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiffs Joel and Mary Rich in the above-entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                   _____
                   HONORABLE GEORGE B. DANIELS
                   UNITED STATES DISTRICT JUDGE