```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED  9/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RICH, et al.,

                                **Plaintiffs,**                              **18-CV-2223 (GBD)(SN)**

        -against-                                                       **ORDER**

FOX NEWS NETWORK LLC, et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      For reasons stated on the record at the Friday, September 11, 2020 discovery conference, the Court modifies the interim discovery deadlines endorsed as set forth by the parties' August 7, 2020 Letter, solely to allow all fact discovery to be completed by December 31, 2020. All other deadlines as set forth by that Letter remain in effect. The parties are directed to file a joint letter by November 6, 2020, updating the Court as to the status of discovery and outlining any outstanding disputes.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 14, 2020
               New York, New York