UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOEL RICH, et al.,

                         **Plaintiffs,**

     -against-

**FOX NEWS NETWORK LLC, et al.,**

                         **Defendants.**

-----------------------------------------------------------------X

**18-CV-2223 (GBD)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020

**SARAH NETBURN, United States Magistrate Judge**:

     The Court grants in part Fox News Network LLC's request to file Plaintiffs' July 29, 2020 Letter and exhibits under seal. The Court approves the redactions to portions of Plaintiffs' letter as proposed except as to the portion of Plaintiffs' letter on page three describing the contents of Exhibit D. Exhibit B shall be filed with the proposed redaction. The remainder of the exhibits, including Exhibit D, shall be filed publicly without redactions.

     It also appears the parties have not filed a version of Plaintiffs' July 10, 2020 Letter that complies with the Court's September 9, 2020 Order approving defendant Fox News's proposed redactions to the letter and sealed filing of Exhibit A. Plaintiffs are directed to file the July 10, 2020 Letter with the approved redactions and Exhibit A under seal, or inform the Court of their basis for declining to do so, by September 15, 2020.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 14, 2020
                New York, New York