# EXHIBIT A

## Re: Hey it's Soledad

**From: <ebutowsky@gmail.com>**
To: Soledad O'Brien <soledad@starfishmediagroup.com>

Sun, May 21, 2017 at 8:57 PM CDT (GMT-05:00)

Do you want to meet in New York on Tuesday? I have and know everything but don't tell anyone

> On May 21, 2017, at 7:51 PM, Soledad O'Brien <soledad@starfishmediagroup.com> wrote:
>
> Want to ask you about the Seth Rich case.  Been seeing your name in stories about it. Can you discuss?
>
> Sent from Soledad O'Brien
> Starfish Media Group

confidential