# EXHIBIT B

# REDACTED

# Seth Rich / Ed Butowsky 972.897.0197

**From:** <ebutowsky@gmail.com>  Tue, May 23, 2017 at 6:43 AM CDT (GMT-05:00)
**To:** Sean Hannity <███████████>

As you probably have read, I'm at the center of the Seth Rich WikiLeaks uncovering .
I have personally collected where the computer is who is leading the cover up how Donna Brazil is involved how the mayor of Washington is involved and how close Hyer up from there. Would you like to talk or would like me to bring or do you want me to swing by your radio show in my knee and give it to you before you go on.

ATTORNEYS EYES ONLY                                    BUTOWSKY0003077