# EXHIBIT C

Yes

Can I call you?

If not, that's ok

Just want to run something by you

2017-06-03 08:39 AM

Yes

2017-06-07 08:43 PM

I am flying up to confront Aaron Rich on Friday.

New Yorkers don't let people screw with them without a good fight.

2017-06-08 09:00 AM

Here's another thought since you're ignoring me maybe this will get you to respond. Let's use your updated notes to help people on background look into things. And agree that your notes Will not be distributed publicly.