# EXHIBIT D

| | |
|---|---|
| From: | Lauren.Petterson@FOXNEWS.COM [Lauren.Petterson@FOXNEWS.COM] |
| Sent: | 6/26/2017 7:40:33 PM |
| To: | Scott, Suzanne [Suzanne.Scott@foxnews.com] |
| Subject: | Re: heads up |

Ok

On Jun 26, 2017, at 3:15 PM, Scott, Suzanne <Suzanne.Scott@foxnews.com> wrote:

> Please quietly spread the word that we should stay away from him.
>
> Begin forwarded message:
>
>> From: "Flatley, Catie" <Catie.flatley@FOXNEWS.COM>
>> Date: June 26, 2017 at 3:11:56 PM EDT
>> To: "Scott, Suzanne" <Suzanne.Scott@foxnews.com>
>> Subject: FW: heads up
>>
>> From: Clarke (Brown), Megan
>> Sent: Monday, June 26, 2017 3:10 PM
>> To: Flatley, Catie; O'Donnell, Erin
>> Subject: heads up
>>
>> Might be aware already but JIC — saw Ed Butowsky walking around on his phone by the elevator bank
>>
>>
>> Megan H. Clarke
>> VP, Booking /Talent Producer
>> NY:212-301-3854 DC: 202-824-6554
>> Cell: 917-821-9815
>> Megan.Clarke@foxnews.com
>> =================================
>> AMERICA has chosen....
>> FOX NEWS is # 1 in ratings,  # 1 with viewers.
>> ----------------------------------------------------------------