# EXHIBIT E

# Fwd: the hit piece you are writing on an innocent victim....from ed butowsky 972.897.0197

From: <ebutowsky@gmail.com>  
To: Lauren Butowsky <laurenbutowsky@gmail.com>  
Wed, Aug 23, 2017 at 7:36 PM CDT (GMT-05:00)

Begin forwarded message:

> From: ed butowsky <ebutowsky@gmail.com>
> Date: August 23, 2017 at 6:53:16 PM CDT
> To: <rvanvoris@bloomberg.net>, <elarson4@bloomberg.net>
> Cc: <rshapiro30@bloomberg.net>, <mbloomberg@bloomberg.net>, <tsecunda@bloomberg.net>, <pgrauer@bloomberg.net>
> Subject: the hit piece you are writing on an innocent victim....from ed butowsky 972.897.0197

Want to make sure you didn't miss this very newsworthy info( below ) related to the bogus fake lawsuit designed to pressure fox news into paying wigdor and wheeler money.

As you both know, I am very protective of my children/ my wife and I work very hard to take care of them and protecting them. So when I am lied about, a made up story about me goes international without any of you "reporters" doing any investigating about the lies a person like me because very uncomfortable with anyone trying to write another negative , demeaning article about me for no reason. Did you know because of false fake reporting by "reporters " or "theorists" a time count down appeared on the internet about when my sophomore son arrived back to Vanderbilt for the Fall. His death was called for because of fake false reporting whose goal was to hurt me. Both of you know that both ,wigdor and wheeler have already admitted that the lawsuit is not true.

So I view your desire to write another fake , false , mean spirited article about me as a direct shot at my children. Erick you are too young to understand and appreciate what I am saying. Bob, you should be ashamed of yourself.

How dare both of you attack a man who simply offered to pay a bill for a family to find out who murdered their son. What type of people are you.

If you were honest people ( Erick, you lost me when you told me your theory was that I made up Benghazi and Wikileaks in an effort to bring down the DNC. Yes I did tape it on tape a call but you are a young man so I will just hold on to it. ) I would give you text and emails that prove that Mr. rich told me the first time I spoke with him that he knew what his boys did but wanted to simply find out who murdered his son.

If you were honest journalists I would give you everything to support the truth but you have proven not to be. I remember when Bloomberg was the epitome of solid factual reporting.

But you both aren't. so I view both of you as people that want to endanger my life and my children. You can twist things in your minds anyway you want but I WILL ALWAYS REMEMBER WHAT YOU ARE DOING TO MY FAMILY AND THE FAMILIES OF THE HARDWORKING PEOPLE THAT WORK WITH ME.

Are you proud that your " reporting " is hurting a few single mothers with 2 children and 3 children respectively?

I point this out to you because I think you and others forget the damage you do to peoples lives for zero reason. I have copied a number of people on this and I will be visiting a few others next week in nyc. I will bring info with me that will show how wrong you both have been by targeting me.

I have the highest amount of respect for Bloomberg  and always loved being on Pimm Fox's show and being on radio and in print. Perhaps, we can all meet in Mr.Bloomberg's office with him or some

of the other prestigious partners so I can lay out all the facts so you can write the greatest real stories with all the facts.

If you want to meet Monday morning , I will be available. I am in nyc mon thru weds night. I want people to know the truth but it is obvious to me  you don't. Therefore if we meet , I insist an attorney be there from your in house team.

I just don't trust either of you to be honest. Sorry about that.

Btw, have you written the article discussing wigdor extortion play, how the entire lawsuit is a lie?????




The following all took place the day before the story was published, Monday, May 15, 2017, and shows that Rod Wheeler possessed and approved the quotes contained in the article published by Malia Zimmerman and Fox News:

- **1:20 PM:** Malia Zimmerman sent Rod Wheeler an email with a draft of the article in the body of the email with the subject "small changes included – current draft."  The draft contained the two precise quotes Rod Wheeler claims were wrongfully attributed to him:

    - "My investigation up to this point shows there was some degree of email exchange between Seth Rich and Wikileaks," said Wheeler, who is also a Fox News contributor.

- "My investigation shows someone within the DC government, Democratic National Committee or Clinton team, is blocking the murder investigation from going forward," Wheeler said. "That is unfortunately (sic). Seth Rich's murder is unsolved as a result of that."

- **2:16 PM (approx.):** Rod Wheeler sent Malia Zimmerman a series of "blurbs" concerning DNC's interest in the investigation to potentially be incorporated into quotes for the story. Zimmerman responded "Ok this is great. Can I use as quotes too?" Later she wrote: "Thanks Rod. Got it."

- **3:59 PM:** Malia Zimmerman sent Rod Wheeler a copy of the article again, stating in the subject line "please read carefully." The draft contained both of the precise quotes that Rod Wheeler now claims were wrongfully attributed to him.

- **3:59 PM:** Malia Zimmerman sent Rod Wheeler a text message, stating, "Can you read the story now. Get back to me as soon as you can so I can turn it in. Thanks!" Wheeler responded, "Reading it now. Malia you can add that I do strongly believe that the answers to who murdered Seth sits on his computer on a shelf at the D. C. Police or FBI headquarters." Zimmerman wrote, "Ok I'll add it."

- **4:47 PM:** Malia Zimmerman sent Wheeler an email containing the final draft of the article, in the body of the email, with the subject "draft turned in." The final draft quotes read:

- "My investigation up to this point shows there was some degree of email exchange between Seth Rich and Wikileaks," said Wheeler, who was hired to investigate Rich's murder. "I do believe that the answers to who murdered Seth Rich sits on his computer on a shelf at the DC police or FBI headquarters."

- "My investigation shows someone within the DC government, Democratic National Committee or Clinton team, is blocking the murder investigation from going forward," Wheeler said. "That is unfortunately (sic). Seth Rich's murder is unsolved as a result of that."

These exchanges show that Wheeler received three emails from Malia Zimmerman seeking his review and confirmation of the quotes he is now challenging, he responded to Malia's requests for confirmation, and his only proposed change was to add language to one of the quotes (which Malia added verbatim). That's the entirety of his lawsuit – there's no substance. He's using these baseless claims to tell a sensational story about our client and Fox News.

**Attachments**

- File 1.pdf
- File 2.pdf
- File 3.pdf
- iknowwhoisblocking[1].jpg
- IMG_1597.PNG
- IMG_1598.PNG
- IMG_1599.PNG
- IMG_1600.PNG
- Screen Shot 2017-08-04 at 8.50.26 AM.png
- Screen Shot 2017-08-04 at 8.50.42 AM.png
- Text Msg.pdf