# EXHIBIT C

# Re: Hmmm

**From:** <ebutowsky@gmail.com>  Mon, Jun 26, 2017 at 6:49 AM CDT (GMT-05:00)
**To:** Ken LaCorte <kenlacorte@gmail.com>

Exactly but what is relevant and important about this is that his assertion that Malia assigned a quote to him that he never said. This is one reason why Fox pulled the story. This audio proves he said it. (I believe / I think are synonymous.)

**** he now says that the quote in controversy came from me and that Fox ,Malia and I set him up

Do you have the Fox 5 link you referenced? I am on plane to NYC right now.

On Jun 26, 2017, at 6:34 AM, Ken LaCorte <kenlacorte@gmail.com> wrote:

> This one was "I think" but the Fox 5 interview was even stronger. There he said that *his* FBI sources said that info.
>
>> On Jun 26, 2017, at 4:32 AM, ebutowsky@gmail.com wrote:
>>
>> Wonder if this went viral what it would do to the lawsuit that I was told from their attorney was coming this week against fox , Malia and ME
>>
>>> On Jun 26, 2017, at 6:20 AM, Ken LaCorte <kenlacorte@gmail.com> wrote:
>>>
>>> He's officially a guy running around blabbing anything that will make him look less like a fool.
>>>
>>>> On Jun 26, 2017, at 4:11 AM, ebutowsky@gmail.com wrote:
>>>>
>>>> https://www.youtube.com/watch?v=xJVfbxbFRW4&sns=em