UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Joel and Mary Rich

                Plaintiff,

Case No. 18-cv-2223 (GBD)

    -against-

Fox News Network, LLC, et al.

                Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_Eli J. Kay-Oliphant_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _EK030_____ My State Bar Number is _4421541_____

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: _Massey & Gail LLP_____
                      FIRM ADDRESS: _50 East Washington Street, Suite 400_____
                      FIRM TELEPHONE NUMBER: _312.283.1590_____
                      FIRM FAX NUMBER: _312.379.0467_____

NEW FIRM:    FIRM NAME: _Sparacino PLLC_____
                      FIRM ADDRESS: _225 West Washington Street, Suite 2200_____
                      FIRM TELEPHONE NUMBER: _202.629.3530_____
                      FIRM FAX NUMBER: _202.6293658_____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: September 21, 2020

_____
ATTORNEY'S SIGNATURE