IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL AND MARY RICH,<br><br>   Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, and ED BUTOWSKY,<br><br>   Defendants | Case No. 1:18-cv-02223 |

## NOTICE OF CHANGE OF FIRM

To the Clerk of Court and all parties of record:

Defendant Edward Butowsky, by and through his undersigned counsel, hereby notifies the Court and all parties of record, that Eden P. Quainton, who is admitted to practice law in this Court, is now a partner with the firm of Dunnington, Bartholow & Miller LLP. Mr. Quainton will remain Defendant's counsel in this litigation.

Mr. Quainton's updated contact information is as follows: Eden P. Quainton, Dunnington, Bartholow & Miller LLP, 230 Park Avenue, New York, NY 10169, Tel: 212-682-8811 Fax 212-661, Email: equainton@dunnington.com

Dated: October 5, 2020              Respectfully submitted,

                              */s/ Eden P. Quainton*_____
                              **DUNNINGTON, BARTHOLOW
                              & MILLER LLP**
                              230 Park Avenue
                              New York, New York 10169

(212) 682-8811
equainton@dunnington.com
*Attorneys for Defendant Edward Butowsky*

2

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on October 5, 2020 the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiffs Joel and Mary Rich.

**DUNNINGTON, BARTHOLOW & MILLER LLP**

*/s/ Eden Quainton*_____
Dunnington, Bartholow & Miller LLP
230 Park Avenue
New York, New York 10169
(212) 682-8811
*Attorneys for Defendant Edward Butowsky*

2