UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL RICH AND MARY RICH,<br><br>Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,<br><br>Defendants. | Civil Action No. 1:18-cv-02223 (GBD) |

**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANT EDWARD BUTOWSKY'S OBJECTIONS TO REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE SARAH NETBURN ON PERSONAL JURISDICTION OVER EDWARD BUTOWSKY (DKT. 212)**

IT IS HEREBY STIPULATED by and between Plaintiffs Joel and Mary Rich and Defendant Edward Butowsky that Plaintiffs Joel and Mary Rich's time to respond to Defendant Butowsky's Objections to the Report and Recommendations of Magistrate Judge Sarah Netburn on Personal Jurisdiction should be extended from October 13, 2020 to November 15, 2020.

Dated: October 13, 2020

By:   *s/ Elisha Barron*

SUSMAN GODFREY L.L.P.
Arun Subramanian (AS2096)
Elisha Barron (EB6850)
Beatrice Franklin (BF1066)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
asubramanian@susmangodfrey.com
ebarron@susmangodfrey.com
bfranklin@susmangodfrey.com

MASSEY & GAIL L.L.P.
Leonard A. Gail (*pro hac vice*)
50 East Washington Street, Suite 400

Chicago, IL 60602
Telephone: (312) 283-1590
lgail@masseygail.com

*Attorneys for Plaintiffs Joel and Mary Rich*

*With consent,*

Eden Quainton
Dunnington, Bartholow & Miller LLP,
230 Park Avenue
New York, NY 10169
Tel: 212-682-8811
Fax 212-661
equainton@dunnington.com

*Attorney for Defendant Edward Butowsky*

Joseph M. Terry
Stephen J. Fuzesi
Katherine Moran Meeks
Katherine A. Petti
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jterry@wc.com
sfuzesi@wc.com
kmeeks@wc.com
kpetti@wc.com

650 Fifth Avenue, Suite 1500
New York, NY 10019

*Attorneys for Defendant Fox News Network, LLC*

2

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Plaintiffs Joel and Mary Rich's time to respond to Defendant Butowsky's Objections to the Report and Recommendations of Magistrate Judge Sarah Netburn on Personal Jurisdiction is extended from October 13, 2020 to November 15, 2020.

Dated: _____.

_____
GEORGE B. DANIELS
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Elisha Barron*