UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2020

JOEL RICH AND MARY RICH,

Plaintiffs,

v.

FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY,

Defendants.

Civil Action No. 1:18-cv-02223 (GBD)

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that I, Katherine A. Petti, am hereby withdrawing as counsel of record with Williams & Connolly in this matter. The remaining counsel of record from Williams & Connolly will remain counsel of record in this matter. This withdrawal is not intended to, nor will it, to the best of my knowledge, information, and belief, cause any delay or prejudice in this action.

Dated: October 30, 2020

Respectfully submitted,

s/ Katherine A. Petti

Joseph M. Terry
Stephen J. Fuzesi
Katherine Moran Meeks
Katherine A. Petti
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jterry@wc.com
sfuzesi@wc.com

kmeeks@wc.com
kpetti@wc.com

650 Fifth Avenue, Suite 1500
New York, NY 10019

*Attorneys for Defendant Fox News Network, LLC*

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

**Dated: November 4, 2020**
**New York, New York**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I caused the foregoing to be served on counsel of record via the Court's ECF System.

*s/ Katherine A. Petti*
Katherine A. Petti
