**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| JOEL RICH AND MARY RICH, |
| Plaintiffs, |
| v. |
| FOX NEWS NETWORK, LLC, MALIA ZIMMERMAN, AND ED BUTOWSKY, |
| Defendants. |

Civil Action No. 1:18-cv-02223 (GBD)

**JOINT STIPULATION OF DISMISSAL**

IT IS STIPULATED AND AGREED by and between Plaintiffs Joel and Mary Rich and Defendants Fox News Network, LLC, Malia Zimmerman, and Edward Butowsky, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims by Joel and Mary Rich against all Defendants are dismissed with prejudice, and each party waives all right to appeal and to seek attorneys' fees and costs.

Dated: December 2, 2020

By: _____
SUSMAN GODFREY L.L.P.
Arun Subramanian (AS2096)
Elisha Barron (EB6850)
Beatrice Franklin (BF1066)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
asubramanian@susmangodfrey.com
ebarron@susmangodfrey.com
bfranklin@susmangodfrey.com

MASSEY & GAIL L.L.P.
Leonard A. Gail (*pro hac vice*)
50 East Washington Street, Suite 400
Chicago, IL 60602
Telephone: (312) 283-1590

lgail@masseygail.com

*Attorneys for Plaintiffs Joel and Mary Rich*

Joseph M. Terry
Stephen J. Fuzesi
Katherine Moran Meeks
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jterry@wc.com
sfuzesi@wc.com
kmeeks@wc.com

650 Fifth Avenue, Suite 1500
New York, NY 10019

*Attorneys for Defendant Fox News Network,*
*LLC*

David Stern
DECHERT LLP
U.S. Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
dstern@dechert.com
(213) 808-5720
*Attorney for Defendant Malia Zimmerman*

Eden Quainton
Dunnington, Bartholow & Miller LLP,
230 Park Avenue
New York, NY 10169
Tel: 212-682-8811
Fax 212-661
equainton@dunnington.com

*Attorney for Defendant Edward Butowsky*

lgail@masseygail.com

*Attorneys for Plaintiffs Joel and Mary Rich*

_____

Joseph M. Terry
Stephen J. Fuzesi
Katherine Moran Meeks
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jterry@wc.com
sfuzesi@wc.com
kmeeks@wc.com

650 Fifth Avenue, Suite 1500
New York, NY 10019

*Attorneys for Defendant Fox News Network,
LLC*

David Stern
DECHERT LLP
U.S. Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
dstern@dechert.com
(213) 808-5720
*Attorney for Defendant Malia Zimmerman*

_____

Eden Quainton
Dunnington, Bartholow & Miller LLP,
230 Park Avenue
New York, NY 10169
Tel: 212-682-8811
Fax 212-661
equainton@dunnington.com

*Attorney for Defendant Edward Butowsky*

2

lgail@masseygail.com

*Attorneys for Plaintiffs Joel and Mary Rich*

Joseph M. Terry
Stephen J. Fuzesi
Katherine Moran Meeks
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jterry@wc.com
sfuzesi@wc.com
kmeeks@wc.com

650 Fifth Avenue, Suite 1500
New York, NY 10019

*Attorneys for Defendant Fox News Network, LLC*

David Stern
DECHERT LLP
U.S. Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
dstern@dechert.com
(213) 808-5720
*Attorney for Defendant Malia Zimmerman*

Eden Quainton
Dunnington, Bartholow & Miller LLP,
230 Park Avenue
New York, NY 10169
Tel: 212-682-8811
Fax 212-661
equainton@dunnington.com

*Attorney for Defendant Edward Butowsky*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I electronically filed the foregoing with the

Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of

record.

By: _____

Elisha Barron

7596402v1/015730